DEFENDANT: KIMBERLY S. CILENO

DOB: 1969

ADDRESS:

| Work address: | Home address: |
|---|---|
| Rocky Mountain Insurance Group | 2030 Sheepshank Dr |
| 1039 Stoneridge Drive, Suite 4 | Belgrade, MT 59714-8840 |
| Bozeman, MT 59718 | |

COMPLAINT FILED?   _____ YES   X   NO

OFFENSE:   **Count 1-4:**   18 U.S.C. § 1347 – Health Care Fraud

**Counts 5-30:**   18 U.S.C. § 669 – Theft or Embezzlement in Connection with Health Care

LOCATION OF OFFENSE:   Adams County, Colorado

PENALTY:   **Counts 1-4:**   NMT 10 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release; and $100 Special Assessment

**Counts 5-30:**   NMT 10 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release; and $100 Special Assessment

AGENT:   Paula Musil, Department of Labor Investigator

AUTHORIZED BY:   Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
   X   five days or less
   ____ over five days
   ____ other

THE GOVERNMENT
   X   will seek detention in this case
   ____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   ____ Yes   X   No