# U.S. District Court
# District Of Montana (Billings)
# CRIMINAL DOCKET FOR CASE #: 1:15–mj–00104–CSO–1

| | |
|---|---|
| Case title: USA v. Cileno | Date Filed: 12/09/2015 |
| | Date Terminated: 12/10/2015 |

Assigned to: Magistrate Judge Carolyn S Ostby

### Defendant (1)

**Kimberly S. Cileno**  represented by  **David A. Merchant , II**
*TERMINATED: 12/10/2015*  FEDERAL DEFENDERS OF MONTANA –
 Billings Branch
 2702 Montana Avenue, Suite 101
 Billings, MT 59101–2372
 406–259–2459
 Fax: 406–259–2569
 Email: david_merchant@fd.org
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1347.F –– HEALTH CARE FRAUD; 18:669 –– THEFT OR EMBEZZLEMENT IN CONNECTION WITH HEALTH CARE; 18:982(a)(7) –– FORFEITURE ALLEGATION | |

### Plaintiff

**USA**  represented by  **Colin M. Rubich**
 U.S. ATTORNEY'S OFFICE
 2601 2nd Avenue North, Ste 3200
 Billings, MT 59101
 406–247–4684
 Fax: 406–657–6989
 Email: colin.rubich@usdoj.gov
 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2015 | 1 | Rule 40 Documents Received for Defendant From the District of Colorado Arrested in Montana as to Kimberly S. Cileno (JDR, ) (Entered: 12/09/2015) |
| 12/09/2015 | | Arrest (Rule 40) of Kimberly S. Cileno (JDR, ) (Entered: 12/09/2015) |
| 12/09/2015 | | Set Hearing as to Kimberly S. Cileno. Initial Appearance – Rule 40 set for 12/10/2015 at 02:30 PM in Billings, MT before Magistrate Judge Carolyn S Ostby. (JDR, ) (Entered: 12/09/2015) |
| 12/10/2015 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Carolyn S Ostby: Initial Appearance in Rule 5(c)(3) Proceedings as to Kimberly S. Cileno held on 12/10/2015. Defendant is present and in custody appearing with FD David Merchant; attorney Colin Rubich is present on behalf of the govt. Defendant acknowledges her true name. An Indictment has been filed in the District of Colorado and defendant has received and reviewed the same with counsel. The Court briefly reviews the charges contained in the Indictment. Defendant is advised of her rights. The Court appoints FD David Merchant for today's proceedings. There are no identity issues. Defendant is advised of her Rule 20 rights. The USA does not move for detention and has no objection to release. Defendant has surrendered her passport. Defendant is advised of the following appearance information: Monday, December 28, 2015 at 2:00 p.m. before Magistrate Judge Kathleen M. Tafoya in Courtroom C201, Byron Rogers U. S. Courthouse, Denver, Colorado. Defendant is released on standard and special conditions. Hearing commenced at 2:47 p.m. and concluded at 2:59 p.m. (Court Reporter FTR Gold) (USPO: Tanya Wilson), (Law Clerk: P. Garman), (Hearing held in Billings – EKC) (JDR, ) (Entered: 12/10/2015) |
| 12/10/2015 | 3 | CJA 23 Financial Affidavit by Kimberly S. Cileno (JDR, ) (Entered: 12/10/2015) |
| 12/10/2015 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kimberly S. Cileno. Signed by Magistrate Judge Carolyn S Ostby on 12/10/2015. (JDR, ) (Entered: 12/10/2015) |
| 12/10/2015 | 5 | ORDER Setting Conditions of Release as to Kimberly S. Cileno. Signed by Magistrate Judge Carolyn S Ostby on 12/10/2015. (JDR, ) (Entered: 12/10/2015) |
| 12/10/2015 | 7 | Transfer Letter sent to District of Colorado as to Kimberly S. Cileno via Lotus Notes (JDR, ) (Entered: 12/10/2015) |