

FILED

DEC 10 2015

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY S. CILENO,<br><br>Defendant. | Case No. MJ-15-104-BLG-CSO<br><br>ORDER APPOINTING COUNSEL:<br>FEDERAL DEFENDERS<br>OF MONTANA |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that the Attorney listed below be appointed to represent the Defendant at the initial appearance for the Rule 40 hearing:

> DAVID A. MERCHANT II
> Assistant Federal Defender
> Federal Defenders of Montana
> Billings Branch Office
> 2702 Montana Avenue, Suite 101
> Billings, MT 59101
> Phone: (406) 259-2459
> Fax: (406) 259-2569
> E-mail: david_merchant@fd.org

IT IS FURTHER ORDERED that the Defendant shall pay the sum of _____ DOLLARS ($_____) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f).  The first payment of $_____ shall be made on or before _____, and each subsequent payment shall be made on or before the _____ day of each month, during the pendency of this case.  If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DATED this 10th day of December, 2015.

_____
CAROLYN S. OSTBY
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
DEC 10 2015
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA | MJ 15-105-BLG-CSO |
|---|---|
| v. | **ORDER SETTING CONDITIONS OF RELEASE** |
| KIMBERLY S. CILENO, | |
| *Defendant.* | |

    **IT IS ORDERED** that the Defendant's release is subject to these conditions:

(1) Defendant must not violate **federal, state, local, or tribal law** while on release.

(2) Defendant must cooperate in the collection of a **DNA sample** if it is authorized by 42 U.S.C. § 14135a.

(3) Defendant must advise the Pretrial Services Officer in writing before making any **change of residence or telephone number.**

(4) Defendant must **appear in court** as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

ADDITIONAL CONDITIONS OF RELEASE

  **IT IS FURTHER ORDERED** that the Defendant's release is subject to the following additional conditions:

(5) [d] Defendant must surrender to the Pretrial Services Officer any **passport** or other international travel document.

(6) [e] Defendant must not obtain a **passport** or other international travel document.

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.
    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.
    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or

informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

**IT IS FURTHER ORDERED** that the Defendant is **RELEASED** after processing by the United States Marshal Service.

DATED this 10 day of December, 2015

_____
Carolyn S. Ostby
United States Magistrate Judge

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman                                                          Beth Conley
Clerk of Court                                                      Chief Deputy Clerk



December 10, 2015

Clerk, U.S. District Court
Byron Rogers United States Courthouse
1929 Stout Street, Suite C-120
Denver, CO  80294-0101

Re:  District of Colorado Case Number:  1:15-CR-466-RM
     District of Montana Case Number, MJ-15-104-BLG-CSO
     USA vs Kimberly S. Cileno

Dear Sir/Madam:

The above entitled case has been transferred back to your district. Kimberly S. Cileno appeared in our district on December 10, 2015, waived identity and was ordered released.  Kimberly S. Cileno was ordered to report to the District of Byron Rogers United States Courthouse on December 28, 2015 at 2:00 p.m..

 You may access electronically filed documents in this case via ECF/PACER web address: http://ecf.mtd.uscourts.gov.

Sincerely,

/s/ Judith Rhoades
Deputy Clerk,
Billings Division