PS 40 (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** Office of Legal Affairs<br>U.S. Department of State<br>CA/PPT/S/L/LA<br>U.S. Department of State, SA-17A<br>1150 Passport Service Plaza<br>Dulles, VA 20189-1150 | **FROM:** United States District Court<br>901 - 19th Street, Room A105<br>Denver, CO 80294-3589 |

[X] **Original Notice**
Date: 12/23/2015
By: D. Berardi

[ ] **Notice of Disposition**
Date: _____
By: _____

Defendant: Kimberly Sue Cileno
Date of Birth: 3/14/1969
SSN: _____

Case Number: 15-CR-466-RM
Place of Birth: Colorado

Notice of Court Order (Order Date: 12/10/2015)

[X] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered passport number 532892768 and/or passport card number _____ to the custody of the U.S. District Court on 12/23/2015.

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court