IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00466-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KIMBERLY S. CILENO,

       Defendant.

_____

## NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/Natalie Stricklin
       NATALIE STRICKLIN
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       natalie.stricklin@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on December 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

       Martha Ann Paluch, AUSA
       Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

       Kimberly Cileno     (via Mail)

       s/Natalie Stricklin
       NATALIE STRICKLIN
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       natalie.stricklin@fd.org
       Attorney for Defendant