IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.
_____

### GOVERNMENT'S UNOPPOSED MOTION FOR A STIPULATED PROTECTIVE ORDER REGARDING PERSONAL IDENTIFYING AND HEALTH INFORMATION OF THIRD PARTIES AND GRAND JURY MATERIAL

      The United States of America, through Assistant United States Attorney Martha A. Paluch, and defendant Kimberly S. Cileno, through her counsel Natalie G. Stricklin, respectfully move this Court to enter the attached Stipulated Protective Order governing the discovery in this case in order to protect the personal identifying and health information of third parties and grand jury material.

      The instant offense involves the defendant's alleged theft and embezzlement of contributions to health care benefit plans, also known as flexible spending accounts. The defendant provided services to over 580 employees, the majority of which were impacted by the conduct alleged in this case.   The discovery in this case includes reimbursement request forms submitted by the employees to the defendant, which forms contain these employees' personal identifying information such as social security numbers and addresses. The reimbursement request forms also contain sensitive

information about these employees' personal health history.   Also included in discovery are copies of reimbursement checks issued to the employees that list the employees' home addresses, and the employees' bank account numbers appear on documentation for direct deposit of reimbursed claims.   Finally, the discovery includes grand jury exhibits and references materials obtained pursuant to the grand jury process.   It is necessary for the government to make these materials available to the defendant and her counsel in discovery.

In order to balance the privacy concerns of the individuals named in these documents against the important interest in the government providing broad discovery in this case, the parties have stipulated to the terms set forth in the attached proposed protective order, to include the following:

1. Discovery shall be made only to the defendant, her attorney, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors).

2. The defendant and her attorney or agent(s) will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case.

3. Except as provided in Paragraph 5 below, the discovery in this case shall be maintained in the defense attorney's (or third-party vendor's) custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.

4. Defense counsel agrees that if any portion of the discovery is provided to a third-party vendor, defense counsel will provide that vendor with a copy of

    the Stipulated Protective Order and will ensure that the third-party vendor agrees to the terms set forth in the Stipulated Protective Order prior to receipt of any discovery.

5. The parties also agree that defense counsel may provide to the defendant a redacted copy of the discovery. Defense counsel will provide the defendant with a copy of the Stipulated Protective Order and will ensure that the defendant agrees to the terms set forth in the Stipulated Protective Order prior to receipt of any discovery.

  THEREFORE, the parties request that the Court enter the attached Stipulated Protective Order.

              JOHN F. WALSH
              United States Attorney

              By:*Martha A. Paluch*
              MARTHA A. PALUCH
              Assistant U.S. Attorney
              United States Attorney's Office
              1225 17th Street, Suite 700
              Denver, Colorado 80202
              (303) 454-0353
              (303) 454-0402 (fax)
              Martha.Paluch@usdoj.gov
              Attorney for Government

## **CERTIFICATE OF SERVICE**

  I certify that on this 29th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

  Natalie Girard Stricklin
  natalie_stricklin@fd.org

                By: *s/ Mariah Tracy*
                MARIAH TRACY
                Legal Assistant
                United States Attorney's Office
                1225 - 17th Street, Suite 700
                Denver, CO 80202
                Telephone: (303) 454-0244
                Fax: (303) 454-0402
                E-mail: mariah.tracy@usdoj.gov