IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.

_____

**STIPULATED PROTECTIVE ORDER**
_____

        The United States of America, through Assistant United States Attorney Martha A. Paluch, and defendant Kimberly S. Cileno, through her counsel Natalie G. Stricklin, hereby submit this Stipulated Protective Order for the Court's consideration and approval.

        The instant offense involves the defendant's alleged theft and embezzlement of contributions to health care benefit plans, also known as flexible spending accounts. The defendant provided services to over 580 employees, the majority of which were impacted by the conduct alleged in this case.   The discovery in this case includes reimbursement request forms submitted by the employees to the defendant, which forms contain these employees' personal identifying information such as social security numbers and addresses. The reimbursement request forms also contain sensitive information about these employees' personal health history.   Also included in discovery are copies of reimbursement checks issued to the employees that list the employees' home addresses, and the employees' bank account numbers appear on documentation

for direct deposit of reimbursed claims. Finally, the discovery includes grand jury exhibits and references materials obtained pursuant to the grand jury process. It is necessary for the government to make these materials available to the defendant and her counsel in discovery.

In order to balance the privacy concerns of the employees impacted by the conduct alleged in this case against the important interest in the government providing broad discovery in this case, the parties stipulate to this protective order. For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

IT IS STIPULATED that disclosure of information contained in the payroll records, claims for reimbursement, grand jury materials, and other records at issue in this case shall be made only to the defendant, her attorney, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors); the defendant and her attorney or agents will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case; a redacted copy of the discovery may be provided to the defendant; otherwise, this information shall be maintained in the defense attorney's (or third-party vendors') custody, and such information shall not otherwise be disclosed, reproduced, or disseminated. Defense counsel agrees that if any portion of the discovery is provided to the defendant or a third-party vendor, defense counsel will provide the defendant and that vendor with a copy of this Stipulated Protective Order and will ensure that the defendant and third-party vendor agree to the terms set forth in this Protective Order prior to receipt of any discovery.

SO STIPULATED:


_*s/*Natalie G. Stricklin_____          __12/29/15____
AFPD Natalie Stricklin                     Dated
Counsel for Kimberly S. Cileno


_s/ Martha A. Paluch_____               _12/29/15__
AUSA Martha A. Paluch                    Dated
Counsel for the United States


APPROVED and SO ORDERED:


_____
The Honorable RAYMOND P. MOORE
United States District Court Judge

3