IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-CR-00466-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KIMBERLY CILENO,

       Defendant.

_____

NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING
_____

The defendant, Kimberly Cileno, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement; the defendant would also request this court vacate the trial date set for June 6, 2016, as well as the trial preparation conference scheduled for May 20, 2016, at 1:00 p.m..

                                      Respectfully submitted,

                                      VIRGINIA L. GRADY
                                      Federal Public Defender

                                      s/Natalie Stricklin
                                      NATALIE STRICKLIN
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      natalie.stricklin@fd.org
                                      Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Marty Paluch, AUSA
    Email: Marty.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Kimberly Cileno          (via Mail)
    2030 Sheepshank Dr.
    Belgrade, MT 59714

                          s/Natalie Stricklin
                          NATALIE STRICKLIN
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          natalie.stricklin@fd.org
                          Attorney for Defendant