**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00466-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY S. CILENO,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

    Pursuant to the Notice of Disposition filed on May 13, 2016 (Docket No. 19).  A Change of Plea Hearing is set for **June 9, 2016** at **10:00 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1(c).  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1(e).

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1(c) which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1(d).

IT IS ORDERED that the trial preparation conference scheduled for **May 20, 2016**, and the **four-day** jury trial scheduled for **June 6, 2016** are VACATED.

DATED this 16th day of May, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge