## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   June 7, 2016 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   15-cr-00466-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1.   KIMBERLY S. CILENO, | Natalie Stricklin |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**      9:07 a.m.
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding the terms of the Plea Agreement.

Defendant sworn and answers true name.   Defendant is 47 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement, Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of Indictment.

Defendant pleads GUILTY to Count 3 of the Indictment and admits the forfeiture allegation.

Defendant advised of maximum penalties.

Defendant states that she is not feeling well and needs to sit down.

The Court will take a brief recess.

**Court in recess:** 9:32 a.m.
**Court in session:** 9:43 a.m.

Defendant further advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **August 29, 2016, at 1:00 p.m.** *for two hours.*

**ORDERED**: Defendant is continued on bond.

**COURT IN RECESS:** 10:25 a.m.
**Total in court time:** 1:07
**Hearing concluded**