IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00466-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KIMBERLY S. CILENO,

      Defendant.

## GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT

The United States of America, by and through Assistant U.S. Attorney Martha A. Paluch, hereby gives notice that it has no objections to the Presentence Report filed in this case on July 26, 2016. ECF No. 27.

Respectfully submitted this 9th day of August, 2016.

    JOHN F. WALSH
    United States Attorney

    *s/ Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant U.S. Attorney
    1225 17th Street Suite 700
    Denver, CO  80202
    Telephone 303-454-0100
    Facsimile:  303-454-0402
    Email:  Martha.paluch@usdoj.gov

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ms. Natalie Stricklin
Assistant Federal Public Defender
Counsel for Kimberly S. Cileno
Natalie_Stricklin@fd.org

                                                *s/ Mariah Tracy*
                                                MARIAH TRACY
                                                Legal Assistant
                                                US Attorney's Office
                                                1225 17th Street, Suite 700
                                                Denver, CO 80202
                                                Telephone: 303-454-0100
                                                Email: mariah.tracy@usdoj.gov