# Attachment A

| | |
|---|---|
| **From:** | Patty Gordon |
| **To:** | Musil, Paula - EBSA |
| **Subject:** | Kimberly Cileno and EZFlex |
| **Date:** | Friday, March 18, 2016 7:06:04 PM |
| **Attachments:** | RVU 2012 FSA deficit balance documents.pdf |
| | Pages from RVU & RV Health Center #1.pdf |
| | 2008-2009 TASC Finalization report.pdf |
| | TASC Plan Finalization Report 2009 2010.pdf |

Paula,

The first attachment is that amount AmCheck collected from RVU to reconcile 2012 that amount was $6904.85. The second attachment was a spreadsheet AmCheck supplied the Government to show what funds EZFlex did not transfer over to Eflexgroup when RVU moved in 2012. This was based on the spreadsheet Kim (for medical claims) gave AmCheck along with the help of employees who had dependent care. That amount was $44,709.69. The total I show for 2012 is around $51,614.54.

These numbers do not include the FSA forfeited fund refund RVU would have received from 2011. Our FSA plan year ran July – June in 2008-2009, 2009-2010 with TASC and we received $35,981.73 refund (see attached) for 2008-2009 then another refund of $47,637.83 (see attached) for 2009-2010.

We moved to EZFLex June, 2010 I don't have a copy of the first refund from EZFlex but it was around $32,000 for 2010-2011.

July, 2011 we were going to change our plan year from July-June to Jan-Dec starting January, 2012. So we only had ½ year contribution to EZFlex and this is what was never reconciled and we never received a refund check. Based off the 3 prior years we feel we are owed at least an additional refund of $18,386 which added to the $51,614 is how we came up with a total of $70,000 that Kim Cileno owes Rocky Vista University.

Please let me know if you have any questions.

Thank you,

Patty Gordon
Human Resources Manager
Rocky Vista University
8401 S. Chambers Road
Parker, CO  80134
Phone: 720-874-2400
Fax: 720-875-2875
email: pgordon@rvu.edu