# Attachment B



PAYROLL • HR • BENEFITS

**Manual ACH Transaction Request**

**EFFECTIVE DATE OF TRANSACTION:** 2/8/13

This is the date that the funds are to be withdrawn or deposited to the recipient's account

Client Number & Name: RVU - D226 + D

☑ Collect $ 3668.68 From EE / (ER) into the APS-FSA (1081) Bank Account

☐ Credit $ ______ To EE / ER from the ______ Bank Account

ENTERED

EE Name: multi. Last 4 of Acct # 1081

Reason for Transaction:

reimbursements that have exceeded the 2012 contributions we had retained.

☐ Outlook Reminder Set

☐ Paper Clip all backup documentation to this form

Requested By: [signature] Date: 2/6/13

Processed By: M Yates Date: 2.7.13

Adj# 49444

X:\Payroll Department\General Payroll Forms\Manual ACH Request Form.docx

1:52 PM
03/09/16
Accrual Basis

# APS Denver, LLC
## Find Report
January 2012 through December 2013

| Type | Date | Name | Memo | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Jan - Dec 12 | | | | | | | |
| Deposit | 09/28/2012 | D607-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 23.07 | 23.07 |
| Deposit | 09/28/2012 | 1D226-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 7,566.92 | 7,589.99 |
| Deposit | 10/12/2012 | D226-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 7,816.92 | 15,406.91 |
| Deposit | 10/12/2012 | D607-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 23.07 | 15,429.98 |
| Deposit | 10/26/2012 | D607-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 23.07 | 15,453.05 |
| Deposit | 10/26/2012 | D226-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 7,586.16 | 23,039.21 |
| Deposit | 11/09/2012 | D226-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 7,586.16 | 30,625.37 |
| Deposit | 11/09/2012 | D607-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 23.07 | 30,648.44 |
| General Journal | 11/21/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 2,893.21 | | 27,755.23 |
| Deposit | 11/21/2012 | D226-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 7,586.16 | 35,341.39 |
| General Journal | 11/21/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 1,084.74 | | 34,256.65 |
| Deposit | 11/23/2012 | D607-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 23.07 | 34,279.72 |
| General Journal | 11/26/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 5,618.05 | | 28,661.67 |
| General Journal | 11/27/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 167.91 | | 28,493.76 |
| General Journal | 11/28/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 6,041.62 | | 22,452.14 |
| General Journal | 11/29/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 2,011.61 | | 20,440.53 |
| General Journal | 11/30/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 364.74 | | 20,075.79 |
| General Journal | 11/30/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 178.00 | | 19,897.79 |
| General Journal | 12/03/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 2,475.97 | | 17,421.82 |
| Deposit | 12/07/2012 | D607-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 23.07 | 17,444.89 |
| General Journal | 12/07/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 1,365.66 | | 16,079.23 |
| Deposit | 12/07/2012 | D226-ROCKY VISTA | Deposit | 340.12 · Client FSA Payable - 2012 | | 10,092.25 | 26,171.48 |
| General Journal | 12/10/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 865.37 | | 25,306.11 |
| General Journal | 12/11/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 1,368.53 | | 23,937.58 |
| General Journal | 12/11/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 5,651.94 | | 18,285.64 |
| General Journal | 12/12/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 517.97 | | 17,767.67 |
| General Journal | 12/13/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 101.21 | | 17,666.46 |
| General Journal | 12/14/2012 | D226-ROCKY VISTA | | 340.12 · Client FSA Payable - | 626.90 | | 17,039.56 |
| General Journal | 12/18/2012 | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 2,704.96 | | 14,334.60 |
| General Journal | 12/18/2012 | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 2,052.23 | | 12,282.37 |
| General Journal | 12/19/2012 | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 513.24 | | 11,769.13 |
| General Journal | 12/20/2012 | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 1,186.63 | | 10,582.50 |
| General Journal | 12/21/2012 | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 2,099.99 | | 8,482.51 |
| Deposit | 12/21/2012 | D226-ROCKY VISTA | Deposit | Client FSA Payable - 2012 | | 7,553.77 | 16,036.28 |
| Deposit | 12/21/2012 | D607-ROCKY VISTA | Deposit | Client FSA Payable - 2012 | | 23.07 | 16,059.35 |

1:52 PM
03/09/16
Accrual Basis

## APS Denver, LLC
# Find Report
January 2012 through December 2013

| Type | Date | u | Name | Memo | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| General Journal | 12/24/2012 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 1,014.11 | | 15,045.24 |
| General Journal | 12/26/2012 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 4,125.03 | | 10,920.21 |
| General Journal | 12/26/2012 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 681.47 | | 10,238.74 |
| Jan - Dec 12 | | | | | | 45,711.09 | 55,949.83 | 10,238.74 |
| Jan - Dec 13 | | | | | | | | |
| General Journal | 01/02/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 320.61 | | -320.61 |
| General Journal | 01/02/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 3,328.66 | | -3,649.27 |
| General Journal | 01/03/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 459.14 | | -4,108.41 |
| General Journal | 01/07/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 1,231.84 | | -5,340.25 |
| General Journal | 01/08/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 144.39 | | -5,484.64 |
| General Journal | 01/08/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 1,570.04 | | -7,054.68 |
| General Journal | 01/10/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 1,523.36 | | -8,578.04 |
| General Journal | 01/11/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 802.00 | | -9,380.04 |
| General Journal | 01/15/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 4,049.37 | | -13,429.41 |
| General Journal | 01/17/2013 | | D226-ROCKY VISTA | Repayment-C.Landish | Client FSA Payable - 2012 | | 34.99 | -13,394.42 |
| General Journal | 01/25/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 80.00 | | -13,474.42 |
| General Journal | 01/29/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 300.00 | | -13,774.42 |
| General Journal | 02/01/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 133.00 | | -13,907.42 |
| General Journal | 02/04/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 1,500.00 | | -15,407.42 |
| General Journal | 02/05/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 768.47 | | -16,175.89 |
| General Journal | 02/07/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 90.23 | | -16,266.12 |
| General Journal | 02/08/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 143.65 | | -16,409.77 |
| General Journal | 02/08/2013 | | D226-ROCKY VISTA | Exceeded 2012 Contributions since Sept | Client FSA Payable - 2012 | | 3,668.68 | -12,741.09 |
| General Journal | 02/11/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 118.92 | | -12,860.01 |
| General Journal | 03/12/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 21.61 | | -12,881.62 |
| General Journal | 03/18/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | 593.29 | | -13,474.91 |
| General Journal | 04/17/2013 | | D226-ROCKY VISTA | | Client FSA Payable - 2012 | | 3,236.17 | -10,238.74 |
| General Journal | 04/17/2013 | | D226-ROCKY VISTA | To move between client A/C to clear 2012 FSA | Client FSA Payable - 2012 | | 161.49 | -10,077.25 |
| General Journal | 04/17/2013 | | D607-ROCKY VISTA | To move between client A/C to clear 2012 FSA | Client FSA Payable - 2012 | 161.49 | | -10,238.74 |
| Jan - Dec 13 | | | | | | 17,340.07 | 7,101.33 | -10,238.74 |
| TOTAL | | | | | | 63,051.16 | 63,051.16 | 0.00 |



## Manual ACH Transaction Request

**EFFECTIVE DATE OF TRANSACTION:** 4/17/13

This is the date that the funds are to be withdrawn or deposited to the recipient's account

ENTERED

Client Number & Name: RVU - D226

☑ Collect $ 3236.17 From EE / (ER) into the FSA - ASO - 1081 Bank Account

☐ Credit $______ To EE / ER from the ______ Bank Account

EE Name: ______ Last 4 of Acct # ______

Reason for Transaction: 2012 FSA runout, need to collect.

Adj # 52199

☐ Outlook Reminder Set

☐ Paper Clip all backup documentation to this form

Requested By: Emily John Date: 4/15/13

Processed By: M Watts Date: 4.16.13

| Cust | Date |
|---|---|
| D226 | |

Invoice # 52075

Send Payment To: AmCheck-Denver, 3401 Quebec Street Ste 8000, Denver, CO 80207

Invoice Date: 2/06/13

Company Name & Address:
ROCKY VISTA UNIVERSITY LLC
8401 S CHAMBERS ROAD
PARKER, CO 80134

D226
DEN4

## COMPANY COPY - PAYROLL BILLING INVOICE

| DESCRIPTION | UNITS | RATE PER UNIT | BILLING AMOUNT |
|---|---|---|---|
| FSA True Up Collection | 1 | | 3668.68 |

TOTAL INVOICE AMOUNT $ *****3668.68

Billing Loc. 02

D226

Invoice # 52075

Send Payment To: AmCheck-Denver, 3401 Quebec Street Ste 8000, Denver, CO 80207

Invoice Date: 2/06/13

ROCKY VISTA UNIVERSITY LLC
8401 S CHAMBERS ROAD
PARKER, CO 80134

D226
DEN4

## REMITTANCE COPY - SEND WITH YOUR CHECK

| DESCRIPTION | UNITS | RATE PER UNIT | BILLING AMOUNT |
|---|---|---|---|
| FSA True Up Collection | 1 | | 3668.68 |

FOLD

TOTAL INVOICE AMOUNT $ *****3668.68

Billing Loc. 02

www.amcheck.com Amount You Pay

REMOVE DOCUMENT ALONG THE PERFORATION

D226

Invoice # 52075

AmCheck-Denver, 3401 Quebec Street Ste 8000, Denver, CO 80207

Invoice Date: 2/06/13

ROCKY VISTA UNIVERSITY LLC
8401 S CHAMBERS ROAD
PARKER, CO 80134

D226
DEN4

## PROCESSOR COPY - PAYROLL BILLING INVOICE

| DESCRIPTION | UNITS | RATE PER UNIT | BILLING AMOUNT |
|---|---|---|---|
| FSA True Up Collection | 1 | | 3668.68 |

VOID VOID VOID

TOTAL INVOICE AMOUNT $ *****3668.68

Billing Loc. 02

U.S. Pat. no. 6,005,404; Security features

8:54 AM
01/31/13
Accrual Basis

# APS D[illegible]er, LLC
## Find Report
All Transactions

| Type | Date | Name | Memo | Col | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| D226-ROCKY VISTA UNIVERSITY | | | | | | | | | |
| Deposit | 09/28/2012 | D226-ROCK | Deposit | 355.12 | | 109.00 · APS Denver-ASO Benefits | | 7,566.92 | 7,566.92 |
| Deposit | 10/12/2012 | D226-ROCK | Deposit | 355.12 | | 109.00 · APS Denver-ASO Benefits | | 7,816.92 | 15,383.84 |
| Deposit | 10/26/2012 | D226-ROCK | Deposit | 355.12 | | 109.00 · APS Denver-ASO Benefits | | 7,586.16 | 22,970.00 |
| Deposit | 11/09/2012 | D226-ROCK | Deposit | 355.12 | | 109.00 · APS Denver-ASO Benefits | | 7,586.16 | 30,556.16 |
| General Journal | 11/21/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 2,893.21 | | 27,662.95 |
| Deposit | 11/21/2012 | D226-ROCK | Deposit | 355.12 | | 109.00 · APS Denver-ASO Benefits | | 7,586.16 | 35,249.11 |
| General Journal | 11/21/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 1,084.74 | | 34,164.37 |
| General Journal | 11/26/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 5,618.05 | | 28,546.32 |
| General Journal | 11/27/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 167.91 | | 28,378.41 |
| General Journal | 11/28/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 6,041.62 | | 22,336.79 |
| General Journal | 11/29/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 2,011.61 | | 20,325.18 |
| General Journal | 11/30/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 364.74 | | 19,960.44 |
| General Journal | 11/30/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 178.00 | | 19,782.44 |
| General Journal | 12/03/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | -SPLIT- | 2,475.97 | | 17,306.47 |
| General Journal | 12/07/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 1,365.66 | | 15,940.81 |
| Deposit | 12/07/2012 | D226-ROCK | Deposit | 355.12 | | 109.00 · APS Denver-ASO Benefits | | 10,092.25 | 26,033.06 |
| General Journal | 12/10/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 865.37 | | 25,167.69 |
| General Journal | 12/11/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 1,368.53 | | 23,799.16 |
| General Journal | 12/11/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 5,651.94 | | 18,147.22 |
| General Journal | 12/12/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 517.97 | | 17,629.25 |
| General Journal | 12/13/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 101.21 | | 17,528.04 |
| General Journal | 12/14/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 626.90 | | 16,901.14 |
| General Journal | 12/18/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 2,704.96 | | 14,196.18 |
| General Journal | 12/18/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 2,052.23 | | 12,143.95 |
| General Journal | 12/19/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 513.24 | | 11,630.71 |
| General Journal | 12/20/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 1,186.63 | | 10,444.08 |
| General Journal | 12/21/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 2,099.99 | | 8,344.09 |
| Deposit | 12/21/2012 | D226-ROCK | Deposit | 355.12 | | 109.00 · APS Denver-ASO Benefits | | 7,553.77 | 15,897.86 |
| General Journal | 12/24/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 1,014.11 | | 14,883.75 |
| General Journal | 12/26/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 4,125.03 | | 10,758.72 |
| General Journal | 12/26/2012 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 681.47 | | 10,077.25 |
| General Journal | 01/02/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | | 116.00 · Denver ASO Benefits | 320.61 | | 9,756.64 |

8:54 AM
01/31/13
Accrual Basis

APS D er, LLC
Find Report
All Transactions

| Type | Date | Name | Memo | Col Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| General Journal | 01/02/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 116.00 · Denver ASO Benefits | 3,328.66 | | 6,427.98 |
| General Journal | 01/07/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 118.00 · APS- FSA Account | 1,231.84 | | 5,196.14 |
| General Journal | 01/10/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 118.00 · APS- FSA Account | 1,523.36 | | 3,672.78 |
| General Journal | 01/03/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 118.00 · APS- FSA Account | 459.14 | | 3,213.64 |
| General Journal | 01/08/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 118.00 · APS- FSA Account | 144.39 | | 3,069.25 |
| General Journal | 01/08/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 118.00 · APS- FSA Account | 1,570.04 | | 1,499.21 |
| General Journal | 01/11/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | -SPLIT- | 802.00 | | 697.21 |
| General Journal | 01/25/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 355.12 · Client FSA Payable - 2012 | 80.00 | | 617.21 |
| General Journal | 01/15/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | -SPLIT- | 4,049.37 | | -3,432.16 |
| General Journal | 01/17/2013 | D226-ROCK | Repayment-C.Landish | 355.12 | 118.00 · APS- FSA Account | | 34.99 | -3,397.17 |
| General Journal | 01/29/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 355.13 · Client FSA Payable - 2013 | 300.00 | | -3,697.17 |
| General Journal | 02/01/2013 | D226-ROCKY VISTA UNIVERSITY | | 355.12 | 355.13 · Client FSA Payable - 2013 | 133.00 | | -3,830.17 |
| Total D226-ROCKY VISTA UNIVERSITY | | | | | | 59,653.50 | 55,823.33 | -3,830.17 |
| | | | | | | | | |
| D607-ROCKY VISTA HEALTH CENTER | | | | | | | | |
| Deposit | 09/28/2012 | D607-ROCK | Deposit | 355.12 | 109.00 · APS Denver-ASO Benefits | | 23.07 | 23.07 |
| Deposit | 10/12/2012 | D607-ROCK | Deposit | 355.12 | 109.00 · APS Denver-ASO Benefits | | 23.07 | 46.14 |
| Deposit | 10/26/2012 | D607-ROCK | Deposit | 355.12 | 109.00 · APS Denver-ASO Benefits | | 23.07 | 69.21 |
| Deposit | 11/09/2012 | D607-ROCK | Deposit | 355.12 | 109.00 · APS Denver-ASO Benefits | | 23.07 | 92.28 |
| Deposit | 11/23/2012 | D607-ROCK | Deposit | 355.12 | 109.00 · APS Denver-ASO Benefits | | 23.07 | 115.35 |
| Deposit | 12/07/2012 | D607-ROCK | Deposit | 355.12 | 109.00 · APS Denver-ASO Benefits | | 23.07 | 138.42 |
| Deposit | 12/21/2012 | D607-ROCK | Deposit | 355.12 | 109.00 · APS Denver-ASO Benefits | | 23.07 | 161.49 |
| Total D607-ROCKY VISTA HEALTH CENTER | | | | | | 0.00 | 161.49 | 161.49 |
| | | | | | | | | |
| TOTAL | | | | | | 59,653.50 | 65,984.82 | -3,668.68 |