IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.

_____

**UNITED STATES' MOTION FOR A GENERAL PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT KIMBERLY S. CILENO**
_____

      COMES NOW the United States of America ("United States"), by and through Assistant United States Attorney Martha Paluch, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, and incorporating the Plea Agreement entered into with defendant Kimberly S. Cileno, herein moves this Court to enter a General Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Kimberly S. Cileno.  In support, the United States sets forth the following:

**I.**    **Statement of Facts**

      1.    On December 1, 2015 the Grand Jury charged defendant Kimberly S. Cileno by Indictment with Health Care Fraud in violation of 18 U.S.C. § 1347 and Theft and Embezzlement in violation of 18 U.S.C. § 669.  (Doc. 1).

      2.    The Indictment also contained a forfeiture allegation providing the defendant with notice that the United States, pursuant to the provisions of 18 U.S.C. §

1

982(a)(7), would seek forfeiture of a money judgment in the amount of gross proceeds obtained by the scheme and by the defendant.  (Doc. 1, p. 7-8).

3. On June 7, 2016, the United States and defendant Kimberly S. Cileno entered into a Plea Agreement.  In the plea agreement, the defendant agreed, *inter alia*, to plead guilty to Count Three of the Indictment, a violation of 18 U.S.C. § 1347, and further admitted the forfeiture allegation, pursuant to 18 U.S.C. § 982(a)(7). (Doc. 25. p. 1).

4. As set forth in the Stipulation of Facts, defendant Kimberly S. Cileno obtained over $200,000.00 of participants' cafeteria plan deductions for her own use, including the amounts she was required to return to the employers.   (Doc. 25, p. 4-8).

5. However, as stated in the Plea Agreement, the restitution amount will be determined by the Court at sentencing.  (Doc. 25, p.1).  In this case, the gross proceeds will be the same amount as the defendant's restitution obligation to be determined at sentencing. Thus, the United States seeks a General Preliminary Order of Forfeiture in the amount of the gross proceeds obtained by the defendant as determined at sentencing.  *See* Fed. R. Crim. P. 32.2(b)(2)(C).

**II.    Legal Argument**

6. As set forth in 18 U.S.C. § 982(a)(7), the Court shall order criminal forfeiture of property, real or personal, constituting, or derived from, gross proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 1347.

7. Pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure,

the Court must determine what property is subject to forfeiture under 18 U.S.C. § 982(a)(7) as soon as practicable after a plea of guilty.

8.  When a personal money judgment is sought, "the court must determine the amount of money that the defendant will be ordered to pay." Fed. R. Crim. P. 32.2(b)(1)(A).  In addition, the Preliminary Order of Forfeiture must be entered sufficiently in advance of sentencing. Fed. R. Crim. P. 32.2(b)(2)(B).

9.  However, if before sentencing, the total amount of the money judgment is not determined, the court may order a general order of forfeiture stating that it will be amended when the money judgment is calculated. Fed. R. Crim. P. 32.2(b)(2)(C)(iii). Thus, the United States seeks a General Preliminary Order of Forfeiture in this case because the amount of forfeiture has not been determined.

10.  The Plea Agreement in this case provides an ample basis for a general order of forfeiture pursuant to 18 U.S.C. § 982(a)(7) and Federal Rule of Criminal Procedure Rule 32.2(b).

WHEREFORE, the United States moves this Court to enter the General Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Kimberly S. Cileno tendered herewith, for the reasons set forth above.

DATED this 16th day of August, 2016.

        ROBERT C. TROYER
Acting United States Attorney

*s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
1225 17th Street Suite 700
Denver, CO  80202
Telephone 303-454-0100
Facsimile:  303-454-0402
Email:  Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ms. Natalie Stricklin
Assistant Federal Public Defender
Counsel for Kimberly S. Cileno
Natalie_Stricklin@fd.org

*s/ Mariah Tracy*
MARIAH TRACY
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Mariah.Tracy@usdoj.gov