IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.
_____

**GENERAL PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion for a General Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Kimberly S. Cileno pursuant to Rule 32.2(b)(2)(C) of the Federal Rules of Criminal Procedure.

The Court having read said Motion and being fully advised in the premises finds:

1.    On December 1, 2015, the Grand Jury charged defendant Kimberly S. Cileno with Health Care Fraud in violation of 18 U.S.C. § 1347 and Theft and Embezzlement in violation of 18 U.S.C. § 669. (Doc. 1).

2.    The Indictment also sought forfeiture in the form of a personal money judgment against defendant Kimberly S. Cileno, pursuant to 18 U.S.C. § 982(a)(7), in the amount of gross proceeds obtained by the scheme and by the defendant.

1

3.      On June 7, 2016, the United States and defendant Kimberly S. Cileno entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 982(a)(7), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 25).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a General Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Kimberly S. Cileno shall be entered in accordance with 18 U.S.C. § 982(a)(7) and Fed. R. Crim. P. 32.2(b)(2)(C).

THAT this General Preliminary Order of Forfeiture shall be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1), as provided by Fed. R. Crim. P. 32.2(b)(2)(C)(iii), when the amount is determined at or before sentencing.

SO ORDERED this _____ day of _____, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge