IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.

---

## GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

        Respectfully submitted,

        *s/ Martha A. Paluch*
        Martha A. Paluch
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO  80202
        (303) 454-0100
        Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ms. Natalie Stricklin
Assistant Federal Public Defender
Counsel for Kimberly S. Cileno
Natalie_Stricklin@fd.org

                s/ *Mariah Tracy*
                MARIAH TRACY
                Legal Assistant
                U.S. Attorney's Office
                1225 17th St., Suite 700
                Denver, CO  80202
                Telephone:  (303) 454-0100
                Fax:  (303) 454-0401
                e-mail: Mariah.Tracy@usdoj.gov