IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant Kimberly S. Cileno's plea of guilty to Count 3 of the Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice the remaining counts in the Indictment at the time of sentencing.

        Respectfully submitted,

        *s/ Martha A. Paluch*
        Martha A. Paluch
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO  80202
        (303) 454-0100
        Martha.paluch@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ms. Natalie Stricklin
Assistant Federal Public Defender
Counsel for Kimberly S. Cileno
Natalie_Stricklin@fd.org

                                                        s/ *Mariah Tracy*
                                                        MARIAH TRACY
                                                        Legal Assistant
                                                        U.S. Attorney's Office
                                                        1225 17th St., Suite 700
                                                        Denver, CO  80202
                                                        Telephone:  (303) 454-0100
                                                        Fax:  (303) 454-0401
                                                        e-mail: Mariah.Tracy@usdoj.gov