IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.

**ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE**

        THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice the remaining counts of the Indictment upon Defendant Kimberly S. Cileno's plea of guilty to Count 3 of the Indictment.

        The Court having considered this motion, it is hereby

        ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc.   ] is GRANTED.  It is further

        ORDERED that all but Count 3 of the Indictment are dismissed with prejudice as to Defendant Kimberly S. Cileno.

        DATED this _____ day of _____, 2015.

        BY THE COURT:

        _____
        RAYMOND P. MOORE
        United States District Judge
        District of Colorado