

# ROCKY VISTA UNIVERSITY

*Achieving new heights in medical education*

August 19, 2016

Paula Musil, J.D.
Investigator
U.S. Department of Labor, EBSA
2300 Main Street, Suite 1100
Kansas City, MO 64108-2415

Dear Paula,

I am writing this letter in response to our conference call this morning and the calculation of the actual losses incurred by Rocky Vista University, LLC (RVU; the University) as a result of the EZ Flex, Inc. defalcation which occurred over the period July, 2010 to approximately October, 2012.

As I stated in our conference call this morning which included Ms. Marty Paluck Prosecuting Attorney, the University will accept the calculations for calendar year 2012 in the amount of $44,709.69 which I understand defense council has stipulated (spreadsheet attached). For the period 2011 (specifically January 1, 2011 to December 2011) RVU does not agree to the amount you provided this morning for the year 2011 which was $18,386. In fact, we believe that the Department misunderstood Ms. Patty Gordon, RVU Human Resource Manager's communication (her email dated March 18, 2016) which was based on an estimate. It is also my understanding that the calculation of the amount of $18,386 has been called into question by defense council who is attempting to place the burden of proof on RVU as to the amount owed as a refund. The $18,386 claim amount you provided is no longer on the table as an asserted claim by RVU. Ms. Gordon made that estimate based on the three previous year's history of contributions to the RVU Flexible Spending Account by RVU Employees and matching amounts contributed by the University, less the claims paid out by the third party administrator. The amount Ms. Gordon reported was an attempt to estimate the amount due to RVU in 2011. We had previously and consistently provided the department with estimates in the $35,000 range for 2011 as the amount refundable to RVU.

Rocky Vista University asserts a claim in the amount of $200,534.29 as the loss incurred by the EZ Flex, Inc. Company for the calendar year 2011. The combined total loss incurred for 2011 and 2012 is $245,243.98 ($200,534.29 + $44,709.69). I have attached spreadsheets prepared today, as a result of our conference call this morning, which shows every employee deduction and every RVU matching contribution in detail for each payroll for 2011. I have also attached a rolled up summary. These contributions are completely auditable.

I have stated in all my correspondence with the Department of Labor that RVU had continuously requested an accounting and reconciliation of all reimbursable claims paid for 2011 and 2012 which was never received from EZ Flex, Inc. These requests were made in early 2011 and continued into 2012 thru the next nine months. Ms. Cileno over that entire period (when RVU was successful in making contact with her) stated that she was undergoing cancer treatments, that she had fallen

8401 S. Chambers Road
Parker, CO 80134
(720) 875-2800

www.rvu.edu

272 E. Center Street
Ivins, UT 84738
(702) 985-1159

RVU_00000054

behind in administering the plan, and that she was making her best efforts to catch up on the accounting. Ms. Celino stated that EZ Flex, Inc. would provide the necessary reconciliation to determine the refund due RVU. RVU made every effort to obtain that accounting as did the payroll provider AmCheck who introduced RVU to the EZ Flex, Inc. Company and who was responsible for transferring the funds into the EZ Flex, Inc. account. We can absolutely prove that total amount contributed for 2011 was $200,534.29. The burden of proof is on the defendant Kimberly Celino/EZ Flex, Inc. to prove to the Court the amount which EZ Flex, Inc. paid out in claims for that same period. It is impossible for RVU to establish the claims paid by EZ Flex, Inc. or prove what EZ Flex, Inc. paid in claims to RVU participants in order to calculate the exact amount due to RVU.

I would also like to go on record to state that I never received the email you indicated that you sent to me on March 11, 2016. I have searched all my email folders and that email does not exist in my records. I have kept every piece of correspondence and communication since this process began.

Kind regards,

*(signature)*

Peter D. Freytag
Chief Operating Officer & CFO

| Rocky Vista University & Rocky Vista Health Center | | | | | |
|---|---|---|---|---|---|
| | Deductions take from Employer & Employee | | | Claims Paid by EZFlex 2012 | |
| Employee | D15-ER FSA | D43-EE FSA | D45-DEPCARE | Claims Paid By EZFlex FSA | Claims Paid By EZFlex DDC |
| ADAMS, JEFF | $ 4,384.68 | | | $ 2,114.21 | |
| BENNETT, DEBRA L. | $ 4,384.68 | | | $ 3,315.00 | |
| BRANDAU, DUANE T. | | $ 438.51 | | $ 600.00 | |
| BROWN, MICHAEL E. | $ 4,384.68 | | | $ - | |
| BUCK, WALTER R. | $ 4,384.68 | | | $ 3,197.57 | |
| COLE, JOSNDA A. | $ 3,765.54 | | | $ 1,585.79 | |
| DARROW, FRANKLIN R. | $ 3,765.54 | | | $ 1,799.88 | |
| ENGLAND, EZEKIEL D. | $ 3,456.78 | | | $ 1,572.92 | |
| FLOOD, ANDREW J. | | $ 1,096.17 | | $ 450.00 | |
| FORREST, BETTY D. | | $ 727.26 | | $ 956.48 | |
| FREYTAG, PETER D. | | $ 4,384.68 | | $ 2,150.00 | |
| GAUMER, TISHA K. | | $ 438.51 | | $ 600.00 | |
| GISH, ERIC E. | $ 3,461.64 | | | $ 3,078.09 | |
| GORDON, PATRICIA M. | | $ 438.51 | | $ 25.00 | |
| GRAHAM, LORETTA F. | $ 3,000.12 | | | $ 6,000.00 | |
| GRAY, CHRISTINE R. | $ 4,384.68 | | | $ 3,543.68 | |
| HANSEN, ERIC W. | $ 1,384.62 | | | $ 674.31 | |
| HOLLY, LYNN E. | $ 4,384.68 | | | $ 5,746.60 | |
| JONS-COX, LEANN D. | | $ 4,384.68 | $ 712.50 | $ 3,179.25 | $ 375.00 |
| JOYE, MARIE E. | | $ 323.16 | | $ 600.00 | |
| KANZE, DAVID M. | | | $ 3,653.90 | | $ 2,516.13 |
| KANZE, KYLIE A. | $ 3,754.43 | | | $ 3,208.92 | |
| KETCHUM, ROBERT J. | $ 3,934.26 | | | $ 2,636.77 | |
| KRUSE, SCHOEN | | $ 2,192.34 | | $ 1,880.34 | |
| LADISH, CINDY D. | $ 3,754.43 | | | $ 32.00 | |
| LARSEN, SHAWNA M. | | $ 876.95 | $ 2,923.12 | $ 755.32 | $ 2,917.00 |
| MARTIN, MICHAEL W. | $ 4,384.68 | | | $ 718.60 | |
| MCKENNA, MONIQUE R. | $ 4,384.68 | | $ 3,653.90 | $ 6,000.00 | $ 3,657.50 |
| MESS, JESSICA A. | | $ 221.10 | $ 3,684.25 | $ - | $ 4,100.00 |
| MICHELS, NICOLE M. | $ 4,384.68 | | | $ 1,912.84 | |
| MOHR, THOMAS | | $ 1,461.56 | $ 3,653.90 | $ 458.00 | |
| MONGEAU, ELIZABETH E. | $ 923.28 | | | $ 3,766.99 | |
| MUELLER, MICHELLE | $ 2,208.78 | | | $ 250.65 | |
| PALAZZOLO, ERIN D. | | $ 2,192.34 | | $ 3,000.00 | |
| PALES, DMITRIY I. | | $ 1,826.95 | $ 3,653.90 | $ 2,096.70 | $ 2,622.30 |
| PIPPIN, GARY L. | $ 3,409.11 | | | $ 499.00 | |
| PURKAPILE, JEAN C. | $ 3,743.70 | | | $ 3,140.69 | |
| PUTTHOFF, STEPHEN L. | $ 4,384.68 | | | $ - | |
| SELLNER, MARSHA A. | $ 4,384.68 | | | $ 222.00 | |
| SIMS, KENNETH L. | $ 2,077.08 | | | $ 2,954.92 | |
| STASIO, JOSEPH M. | | $ 1,461.56 | | $ 879.00 | |
| TOLD, THOMAS N. | $ 3,551.97 | | | $ 837.07 | |
| UNDERWOOD, CHRISTINA L. | $ 1,891.90 | | | $ 3,208.41 | |
| WHATLEY, ANTOINETTE M. | | $ 526.17 | | $ 698.92 | |
| WHATLEY, ERICA I. | | $ 306.95 | | $ 303.99 | |
| Subtotal: | $ 96,314.66 | $ 23,297.40 | $ 21,935.47 | $ 80,649.91 | $ 16,187.93 |
| Total: | $ 141,547.53 | | | | $ 96,837.84 |
| EZFlex Owes Rocky Vista University & Rocky Vista Health Center | | | $ 44,709.69 | | |

RVU_00000025

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| Check# | CheckDate | Employee | FSA - Employer Contributions | FSA - Employee Contributions | Dependent Care - Employee Contributions | FSA Catchup - Employee Contributions | TOTALS |
|---|---|---|---|---|---|---|---|
| 7902 | 1/14/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 8148 | 1/31/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 8269 | 2/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 8412 | 2/28/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 8563 | 3/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 8701 | 3/31/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 8834 | 4/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 8985 | 4/29/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 9135 | 5/13/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 9264 | 5/31/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 9393 | 6/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 9514 | 6/30/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 9657 | 7/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 9804 | 7/29/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 10097 | 8/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 10234 | 8/31/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 10382 | 9/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 10541 | 9/30/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 10691 | 10/14/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 10809 | 10/31/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 10952 | 11/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 11097 | 11/30/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 11233 | 12/15/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| 11373 | 12/30/2011 | ADAMS, JEFF | 250.00 | | | | 250.00 |
| | | ADAMS, JEFF Total | 6,000.00 | - | - | - | 6,000.00 |
| 7856 | 1/14/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 8092 | 1/31/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 8216 | 2/15/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 8336 | 2/28/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 8484 | 3/15/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 8632 | 3/31/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 8766 | 4/15/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 8900 | 4/29/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 9052 | 5/13/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 9198 | 5/31/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 9327 | 6/15/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| 9455 | 6/30/2011 | AMEND, GRETCHEN L. | 0.48 | | | | 0.48 |
| | | AMEND, GRETCHEN L. Total | 5.76 | - | - | - | 5.76 |
| 7857 | 1/14/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 8093 | 1/31/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 8217 | 2/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 8338 | 2/28/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 8486 | 3/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 8634 | 3/31/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 8768 | 4/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 8904 | 4/29/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |

**Rocky Vista University LLC**
**Flexible Spending Account Contributions**
**Detail by Employee**
**Contractor: EZ Flex, Inc.**
**January 2011 - December 2011**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9056 | 5/13/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 9201 | 5/31/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 9330 | 6/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 9459 | 6/30/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 9583 | 7/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 9725 | 7/29/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 10018 | 8/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 10167 | 8/31/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 10308 | 9/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 10457 | 9/30/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 10617 | 10/14/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 10758 | 10/31/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 10881 | 11/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 11028 | 11/30/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 11167 | 12/15/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| 11303 | 12/30/2011 | BENNETT, DEBRA L. | 250.00 | | | | 250.00 |
| | | **BENNETT, DEBRA L. Total** | 6,000.00 | - | - | - | 6,000.00 |
| 7863 | 1/14/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 8102 | 1/31/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 8225 | 2/15/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 8367 | 2/28/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 8520 | 3/15/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 8658 | 3/31/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 8792 | 4/15/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 8941 | 4/29/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 9091 | 5/13/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 9224 | 5/31/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 9353 | 6/15/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 9476 | 6/30/2011 | BENTLEY, CAMILLE Z. | 250.00 | | | | 250.00 |
| 9617 | 7/15/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 9764 | 7/29/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 10057 | 8/15/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 10192 | 8/31/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 10340 | 9/15/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 10498 | 9/30/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 10648 | 10/14/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 10764 | 10/31/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 10907 | 11/15/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 11054 | 11/30/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 11190 | 12/15/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| 11329 | 12/30/2011 | BENTLEY, CAMILLE Z. | | 100.00 | | | 100.00 |
| | | **BENTLEY, CAMILLE Z. Total** | 3,000.00 | 1,200.00 | - | - | 4,200.00 |
| 7820 | 1/14/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 8053 | 1/31/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 8177 | 2/15/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 8298 | 2/28/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 8441 | 3/15/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 8591 | 3/31/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 8729 | 4/15/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 8863 | 4/29/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 9014 | 5/13/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |


Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| ID | Date | Name | Col1 | Col2 | Col3 | Col4 | Total |
|---|---|---|---|---|---|---|---|
| 9164 | 5/31/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 9293 | 6/15/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| 9422 | 6/30/2011 | BITTERMAN, EMILY A. | 11.14 | | | | 11.14 |
| | | BITTERMAN, EMILY A. Total | 133.68 | - | - | - | 133.68 |
| 7841 | 1/14/2011 | BOLSTAD, ELIZABETH M. | 250.00 | | | | 250.00 |
| 8075 | 1/31/2011 | BOLSTAD, ELIZABETH M. | 250.00 | | | | 250.00 |
| 8199 | 2/15/2011 | BOLSTAD, ELIZABETH M. | 250.00 | | | | 250.00 |
| 8319 | 2/28/2011 | BOLSTAD, ELIZABETH M. | 250.00 | | | | 250.00 |
| 8467 | 3/15/2011 | BOLSTAD, ELIZABETH M. | 250.00 | | | | 250.00 |
| 8614 | 3/31/2011 | BOLSTAD, ELIZABETH M. | 250.00 | | | | 250.00 |
| | | BOLSTAD, ELIZABETH M. Total | 1,500.00 | - | - | - | 1,500.00 |
| 7864 | 1/14/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 8103 | 1/31/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 8226 | 2/15/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 8368 | 2/28/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 8521 | 3/15/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 8659 | 3/31/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 8793 | 4/15/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 8942 | 4/29/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 9092 | 5/13/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 9225 | 5/31/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 9354 | 6/15/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| 9477 | 6/30/2011 | BOWDEN, REBECCA | 5.02 | | | | 5.02 |
| | | BOWDEN, REBECCA Total | 60.24 | - | - | - | 60.24 |
| 7890 | 1/14/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 8135 | 1/31/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 8257 | 2/15/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 8400 | 2/28/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 8552 | 3/15/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 8690 | 3/31/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 8823 | 4/15/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 8974 | 4/29/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 9124 | 5/13/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 9253 | 5/31/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 9382 | 6/15/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 9503 | 6/30/2011 | BRANDAU, DUANE T. | 5.02 | 31.25 | | | 36.27 |
| 9646 | 7/15/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 9792 | 7/29/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 10084 | 8/15/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 10221 | 8/31/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 10369 | 9/15/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 10528 | 9/30/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 10678 | 10/14/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 10796 | 10/31/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 10937 | 11/15/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 11083 | 11/30/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 11219 | 12/15/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| 11358 | 12/30/2011 | BRANDAU, DUANE T. | | 37.50 | | | 37.50 |
| | | BRANDAU, DUANE T. Total | 60.24 | 825.00 | - | - | 885.24 |
| 7891 | 1/14/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 8136 | 1/31/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8258 | 2/15/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 8401 | 2/28/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 8553 | 3/15/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 8691 | 3/31/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 8824 | 4/15/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 8975 | 4/29/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 9125 | 5/13/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 9254 | 5/31/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 9383 | 6/15/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| 9504 | 6/30/2011 | BROGUS, JOSEPHINE M. | 11.14 | | | | 11.14 |
| | | BROGUS, JOSEPHINE M. Total | 133.68 | - | - | - | 133.68 |
| 7904 | 1/14/2011 | BROWN, MICHAEL E. | 750.00 | | | | 750.00 |
| 8150 | 1/31/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 8271 | 2/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 8414 | 2/28/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 8565 | 3/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 8703 | 3/31/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 8836 | 4/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 8987 | 4/29/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 9137 | 5/13/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 9266 | 5/31/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 9395 | 6/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 9516 | 6/30/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 9659 | 7/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 9806 | 7/29/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 10099 | 8/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 10236 | 8/31/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 10383 | 9/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 10542 | 9/30/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 10692 | 10/14/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 10810 | 10/31/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 10953 | 11/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 11098 | 11/30/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 11234 | 12/15/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| 11374 | 12/30/2011 | BROWN, MICHAEL E. | 250.00 | | | | 250.00 |
| | | BROWN, MICHAEL E. Total | 6,500.00 | - | - | - | 6,500.00 |
| 7842 | 1/14/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 8076 | 1/31/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 8200 | 2/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 8320 | 2/28/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 8468 | 3/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 8615 | 3/31/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 8751 | 4/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 8886 | 4/29/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 9038 | 5/13/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 9183 | 5/31/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 9312 | 6/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 9440 | 6/30/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 9563 | 7/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 9702 | 7/29/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 9995 | 8/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |