Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| ID | Date | Name | Amt 1 | Amt 2 | Amt 3 | Amt 4 | Total |
|---|---|---|---|---|---|---|---|
| 10148 | 8/31/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 10287 | 9/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 10435 | 9/30/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 10596 | 10/14/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 10743 | 10/31/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 10862 | 11/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 11008 | 11/30/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 11151 | 12/15/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| 11287 | 12/30/2011 | BUCK, WALTER R. | 250.00 | | | | 250.00 |
| | | BUCK, WALTER R. Total | 6,000.00 | - | - | - | 6,000.00 |
| 7808 | 1/14/2011 | BUCKNOR, DOMINIQUE L. | 11.14 | 20.83 | 208.33 | 46.31 | 286.61 |
| 8041 | 1/31/2011 | BUCKNOR, DOMINIQUE L. | 11.14 | 20.83 | 208.33 | 46.31 | 286.61 |
| 8165 | 2/15/2011 | BUCKNOR, DOMINIQUE L. | 11.14 | 20.83 | 208.33 | 46.31 | 286.61 |
| | | BUCKNOR, DOMINIQUE L. Total | 33.42 | 62.49 | 624.99 | 138.93 | 859.83 |
| 9011 | 5/13/2011 | COLE, JOSNDA A. | 207.77 | | | | 207.77 |
| 9161 | 5/31/2011 | COLE, JOSNDA A. | 207.77 | | | | 207.77 |
| 9290 | 6/15/2011 | COLE, JOSNDA A. | 207.77 | | | | 207.77 |
| 9419 | 6/30/2011 | COLE, JOSNDA A. | 207.77 | | | | 207.77 |
| 9540 | 7/15/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 9681 | 7/29/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 9974 | 8/15/2011 | COLE, JOSNDA A. | 201.70 | | | | 201.70 |
| 10121 | 8/31/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 10258 | 9/15/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 10405 | 9/30/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 10564 | 10/14/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 10714 | 10/31/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 10833 | 11/15/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 10976 | 11/30/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 11121 | 12/15/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| 11257 | 12/30/2011 | COLE, JOSNDA A. | 201.64 | | | | 201.64 |
| | | COLE, JOSNDA A. Total | 3,250.82 | - | - | - | 3,250.82 |
| 7839 | 1/14/2011 | DAILEY, FRANK E. | 22.03 | 50.00 | | | 72.03 |
| | | DAILEY, FRANK E. Total | 22.03 | 50.00 | - | - | 72.03 |
| 7874 | 1/14/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 8116 | 1/31/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 8239 | 2/15/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 8381 | 2/28/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 8534 | 3/15/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 8672 | 3/31/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 8805 | 4/15/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 8954 | 4/29/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 9105 | 5/13/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 9235 | 5/31/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 9364 | 6/15/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 9486 | 6/30/2011 | DARROW, FRANKLIN R. | 207.77 | | | | 207.77 |
| 9628 | 7/15/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 9776 | 7/29/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 10068 | 8/15/2011 | DARROW, FRANKLIN R. | 201.70 | | | | 201.70 |
| 10204 | 8/31/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 10352 | 9/15/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 10509 | 9/30/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 10659 | 10/14/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 10776 | 10/31/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 10919 | 11/15/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 11065 | 11/30/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 11201 | 12/15/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| 11340 | 12/30/2011 | DARROW, FRANKLIN R. | 201.64 | | | | 201.64 |
| | | DARROW, FRANKLIN R. Total | 4,912.98 | - | - | - | 4,912.98 |
| 7821 | 1/14/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 8054 | 1/31/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 8178 | 2/15/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 8299 | 2/28/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 8442 | 3/15/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 8592 | 3/31/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 8730 | 4/15/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 8864 | 4/29/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 9015 | 5/13/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 9165 | 5/31/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 9294 | 6/15/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| 9423 | 6/30/2011 | DAVIDSON, MELISSA M. | 11.14 | | | | 11.14 |
| | | DAVIDSON, MELISSA M. Total | 133.68 | - | - | - | 133.68 |
| 7894 | 1/14/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 8139 | 1/31/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 8261 | 2/15/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 8404 | 2/28/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 8556 | 3/15/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 8694 | 3/31/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 8827 | 4/15/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 8978 | 4/29/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 9128 | 5/13/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 9257 | 5/31/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 9386 | 6/15/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 9507 | 6/30/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 9650 | 7/15/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 9796 | 7/29/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 10088 | 8/15/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 10225 | 8/31/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 10373 | 9/15/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 10532 | 9/30/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 10682 | 10/14/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| 10800 | 10/31/2011 | EICHWALD, KERRI A. | 250.00 | | | | 250.00 |
| | | EICHWALD, KERRI A. Total | 5,000.00 | - | - | - | 5,000.00 |
| 7905 | 1/14/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 8151 | 1/31/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 8272 | 2/15/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 8415 | 2/28/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 8566 | 3/15/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 8704 | 3/31/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 8837 | 4/15/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 8988 | 4/29/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 9138 | 5/13/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 9267 | 5/31/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9396 | 6/15/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| 9517 | 6/30/2011 | ELLIS, BRADLEY | 0.48 | | | | 0.48 |
| | | ELLIS, BRADLEY Total | 5.76 | - | - | - | 5.76 |
| 10952 | 7/15/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 10970 | 7/29/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 11012 | 8/15/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 10116 | 8/31/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 10253 | 9/15/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 10400 | 9/30/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 10559 | 10/14/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 10709 | 10/31/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 10827 | 11/15/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 10970 | 11/30/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 11115 | 12/15/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| 11251 | 12/30/2011 | FREYTAG, PETER D. | | 325.00 | | | 325.00 |
| | | FREYTAG, PETER D. Total | - | 3,900.00 | - | - | 3,900.00 |
| 7888 | 1/14/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 8133 | 1/31/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 8255 | 2/15/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 8398 | 2/28/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 8550 | 3/15/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 8688 | 3/31/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 8821 | 4/15/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 8972 | 4/29/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 9122 | 5/13/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 9251 | 5/31/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 9380 | 6/15/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| 9501 | 6/30/2011 | GAUMER, TISHA K. | 14.63 | | | | 14.63 |
| | | GAUMER, TISHA K. Total | 175.56 | - | - | - | 175.56 |
| 7879 | 1/14/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 8122 | 1/31/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 8244 | 2/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 8387 | 2/28/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 8539 | 3/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 8677 | 3/31/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 8810 | 4/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 8960 | 4/29/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 9110 | 5/13/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 9240 | 5/31/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 9369 | 6/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 9491 | 6/30/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 9633 | 7/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 9779 | 7/29/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 10071 | 8/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 10207 | 8/31/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 10355 | 9/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 10512 | 9/30/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 10662 | 10/14/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 10780 | 10/31/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 10923 | 11/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 11069 | 11/30/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11204 | 12/15/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| 11344 | 12/30/2011 | GISH, ERIC E. | 250.00 | | | | 250.00 |
| | | GISH, ERIC E. Total | 6,000.00 | - | - | - | 6,000.00 |
| 7865 | 1/14/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 8105 | 1/31/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 8228 | 2/15/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 8370 | 2/28/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 8523 | 3/15/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 8661 | 3/31/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 8795 | 4/15/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 8944 | 4/29/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 9094 | 5/13/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 9226 | 5/31/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 9355 | 6/15/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| 9478 | 6/30/2011 | GLASER, KELLI M. | 25.52 | | | | 25.52 |
| | | GLASER, KELLI M. Total | 306.24 | - | - | - | 306.24 |
| 10759 | 1/14/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 8146 | 1/31/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 8267 | 2/15/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 8410 | 2/28/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 8561 | 3/15/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 8699 | 3/31/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 8832 | 4/15/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 8983 | 4/29/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 9133 | 5/13/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 9262 | 5/31/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 9391 | 6/15/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 9512 | 6/30/2011 | GORDON, PATRICIA M. | 3.97 | 25.03 | | | 29.00 |
| 9655 | 7/15/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 9802 | 7/29/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 10095 | 8/15/2011 | GORDON, PATRICIA M. | 221.89 | 28.22 | | | 250.11 |
| 10233 | 8/31/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 10381 | 9/15/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 10540 | 9/30/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 10690 | 10/14/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 10808 | 10/31/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 10951 | 11/15/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 11096 | 11/30/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 11232 | 12/15/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| 11372 | 12/30/2011 | GORDON, PATRICIA M. | 221.83 | 28.16 | | | 249.99 |
| | | GORDON, PATRICIA M. Total | 2,709.66 | 638.34 | - | - | 3,348.00 |
| 7858 | 1/14/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 8096 | 1/31/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 8220 | 2/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 8344 | 2/28/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 8494 | 3/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 8641 | 3/31/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 8772 | 4/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 8911 | 4/29/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 9063 | 5/13/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 9209 | 5/31/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| ID | Date | Employee | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Total |
|---|---|---|---|---|---|---|---|
| 9338 | 6/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 9468 | 6/30/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 9595 | 7/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 9736 | 7/29/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 10029 | 8/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 10171 | 8/31/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 10320 | 9/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 10471 | 9/30/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 10625 | 10/14/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 10761 | 10/31/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 10890 | 11/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 11036 | 11/30/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 11176 | 12/15/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| 11312 | 12/30/2011 | GRAHAM, LORETTA F. | 250.00 | | | | 250.00 |
| | | **GRAHAM, LORETTA F. Total** | 6,000.00 | - | - | - | 6,000.00 |
| 10089 | 8/15/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 10226 | 8/31/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 10374 | 9/15/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 10533 | 9/30/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 10683 | 10/14/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 10801 | 10/31/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 10943 | 11/15/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 11087 | 11/30/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 11223 | 12/15/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| 11363 | 12/30/2011 | GRAY, CHRISTINE R. | 250.00 | | | | 250.00 |
| | | **GRAY, CHRISTINE R. Total** | 2,500.00 | - | - | - | 2,500.00 |
| 7906 | 1/14/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 8152 | 1/31/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 8273 | 2/15/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 8416 | 2/28/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 8567 | 3/15/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 8705 | 3/31/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 8838 | 4/15/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 8989 | 4/29/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 9139 | 5/13/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| 9268 | 5/31/2011 | GRIEBEL, MATTHEW J. | 11.14 | | | | 11.14 |
| | | **GRIEBEL, MATTHEW J. Total** | 111.40 | - | - | - | 111.40 |
| 7834 | 1/14/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 8068 | 1/31/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 8193 | 2/15/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 8313 | 2/28/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 8460 | 3/15/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 8608 | 3/31/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 8744 | 4/15/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 8880 | 4/29/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 9032 | 5/13/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 9177 | 5/31/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 9306 | 6/15/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| 9434 | 6/30/2011 | GRZYBICKI, DANA M. | 0.48 | | | | 0.48 |
| | | **GRZYBICKI, DANA M. Total** | 5.76 | - | - | - | 5.76 |
| 7815 | 1/14/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8048 | 1/31/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 8172 | 2/15/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 8292 | 2/28/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 8435 | 3/15/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 8585 | 3/31/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 8723 | 4/15/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 8856 | 4/29/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 9007 | 5/13/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 9157 | 5/31/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 9286 | 6/15/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 9415 | 6/30/2011 | HAIRSTON, NADINE | 14.63 | 12.50 | | | 27.13 |
| 9536 | 7/15/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 9677 | 7/29/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 9970 | 8/15/2011 | HAIRSTON, NADINE | 3.00 | | | | 3.00 |
| 10117 | 8/31/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 10254 | 9/15/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 10401 | 9/30/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 10560 | 10/14/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 10710 | 10/31/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 10828 | 11/15/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 10971 | 11/30/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 11116 | 12/15/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| 11252 | 12/30/2011 | HAIRSTON, NADINE | 2.94 | | | | 2.94 |
| | | HAIRSTON, NADINE Total | 210.90 | 150.00 | - | - | 360.90 |
| 7810 | 1/14/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 8043 | 1/31/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 8167 | 2/15/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 8287 | 2/28/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 8430 | 3/15/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 8580 | 3/31/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 8718 | 4/15/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 8851 | 4/29/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 9002 | 5/13/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 9152 | 5/31/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 9281 | 6/15/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 9410 | 6/30/2011 | HEATH, LEAH M. | 14.63 | | | | 14.63 |
| 9531 | 7/15/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 9672 | 7/29/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 9965 | 8/15/2011 | HEATH, LEAH M. | 6.49 | | | | 6.49 |
| 10111 | 8/31/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 10248 | 9/15/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 10395 | 9/30/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 10554 | 10/14/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 10704 | 10/31/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 10822 | 11/15/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 10965 | 11/30/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 11110 | 12/15/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| 11246 | 12/30/2011 | HEATH, LEAH M. | 6.43 | | | | 6.43 |
| | | HEATH, LEAH M. Total | 252.78 | - | - | - | 252.78 |
| 7823 | 1/14/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 8056 | 1/31/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8180 | 2/15/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 8301 | 2/28/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 8444 | 3/15/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 8594 | 3/31/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 8732 | 4/15/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 8866 | 4/29/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 9017 | 5/13/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 9167 | 5/31/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 9296 | 6/15/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 9425 | 6/30/2011 | HEIRENDT, JANELLE M. | 25.52 | | | | 25.52 |
| 9546 | 7/15/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 9687 | 7/29/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 9980 | 8/15/2011 | HEIRENDT, JANELLE M. | 6.49 | | | | 6.49 |
| 10127 | 8/31/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 10264 | 9/15/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 10412 | 9/30/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 10571 | 10/14/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 10720 | 10/31/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 10839 | 11/15/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 10982 | 11/30/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 11127 | 12/15/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| 11263 | 12/30/2011 | HEIRENDT, JANELLE M. | 6.43 | | | | 6.43 |
| | | HEIRENDT, JANELLE M. Total | 383.46 | - | - | - | 383.46 |
| 10375 | 9/15/2011 | HOLCK, JUSTINE M. | 2.98 | | | | 2.98 |
| 10534 | 9/30/2011 | HOLCK, JUSTINE M. | 2.94 | | | | 2.94 |
| 10684 | 10/14/2011 | HOLCK, JUSTINE M. | 2.94 | | | | 2.94 |
| 10802 | 10/31/2011 | HOLCK, JUSTINE M. | 2.94 | | | | 2.94 |
| 10944 | 11/15/2011 | HOLCK, JUSTINE M. | 2.94 | | | | 2.94 |
| 11088 | 11/30/2011 | HOLCK, JUSTINE M. | 2.94 | | | | 2.94 |
| 11224 | 12/15/2011 | HOLCK, JUSTINE M. | 2.94 | | | | 2.94 |
| 11364 | 12/30/2011 | HOLCK, JUSTINE M. | 2.94 | | | | 2.94 |
| | | HOLCK, JUSTINE M. Total | 23.56 | - | - | - | 23.56 |
| 10829 | 11/15/2011 | HOLLY, LYNN E. | 250.00 | | | | 250.00 |
| 10972 | 11/30/2011 | HOLLY, LYNN E. | 250.00 | | | | 250.00 |
| 11117 | 12/15/2011 | HOLLY, LYNN E. | 250.00 | | | | 250.00 |
| 11253 | 12/30/2011 | HOLLY, LYNN E. | 250.00 | | | | 250.00 |
| | | HOLLY, LYNN E. Total | 1,000.00 | - | - | - | 1,000.00 |
| 7824 | 1/14/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 8057 | 1/31/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 8181 | 2/15/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 8302 | 2/28/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 8445 | 3/15/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 8595 | 3/31/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 8733 | 4/15/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 8867 | 4/29/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 9018 | 5/13/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 9168 | 5/31/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 9297 | 6/15/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| 9426 | 6/30/2011 | HUNSBERGER, MARY K. | 15.91 | | | | 15.91 |
| | | HUNSBERGER, MARY K. Total | 190.92 | - | - | - | 190.92 |
| 7822 | 1/14/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | 101.51 | 559.84 |

RVU_00000036

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8055 | 1/31/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | 101.51 | 559.84 |
| 8179 | 2/15/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | 101.51 | 559.84 |
| 8300 | 2/28/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | 101.48 | 559.81 |
| 8443 | 3/15/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | | 458.33 |
| 8593 | 3/31/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | | 458.33 |
| 8731 | 4/15/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | | 458.33 |
| 8865 | 4/29/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | | 458.33 |
| 9016 | 5/13/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | | 458.33 |
| 9166 | 5/31/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | | 458.33 |
| 9295 | 6/15/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | | 458.33 |
| 9424 | 6/30/2011 | JACOB, MAKAYLA A. | 250.00 | | 208.33 | | 458.33 |
| 9545 | 7/15/2011 | JACOB, MAKAYLA A. | 250.00 | | 416.66 | | 666.66 |
| 9686 | 7/29/2011 | JACOB, MAKAYLA A. | 250.00 | | 189.48 | | 439.48 |
| 9979 | 8/15/2011 | JACOB, MAKAYLA A. | 250.00 | | 189.39 | | 439.39 |
| 10126 | 8/31/2011 | JACOB, MAKAYLA A. | 250.00 | | 189.39 | | 439.39 |
| 10263 | 9/15/2011 | JACOB, MAKAYLA A. | 250.00 | | 189.39 | | 439.39 |
| 10410 | 9/30/2011 | JACOB, MAKAYLA A. | 250.00 | | 189.39 | | 439.39 |
| 10569 | 10/14/2011 | JACOB, MAKAYLA A. | 250.00 | | 189.39 | | 439.39 |
| 10 | 10/31/2011 | JACOB, MAKAYLA A. | | | 189.39 | | 189.39 |
| 11170 | 11/15/2011 | JACOB, MAKAYLA A. | 250.00 | | | | 250.00 |
| | | JACOB, MAKAYLA A. Total | 5,000.00 | - | 4,242.44 | 406.01 | 9,648.45 |
| 7803 | 1/14/2011 | JOHNSON, CINDY D. | 205.97 | | | | 205.97 |
| 8036 | 1/31/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 8160 | 2/15/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 8280 | 2/28/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 8423 | 3/15/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 8574 | 3/31/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 8712 | 4/15/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 8845 | 4/29/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 8996 | 5/13/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 9146 | 5/31/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 9275 | 6/15/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 9404 | 6/30/2011 | JOHNSON, CINDY D. | 205.91 | | | | 205.91 |
| 9525 | 7/15/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 9668 | 7/29/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 9961 | 8/15/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 10118 | 8/31/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 10255 | 9/15/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 10402 | 9/30/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 10561 | 10/14/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 10711 | 10/31/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 10830 | 11/15/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 10973 | 11/30/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 11118 | 12/15/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| 11254 | 12/30/2011 | JOHNSON, CINDY D. | 201.01 | | | | 201.01 |
| | | JOHNSON, CINDY D. Total | 4,883.10 | - | - | - | 4,883.10 |
| 7885 | 1/14/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| 8130 | 1/31/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| 8252 | 2/15/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| 8395 | 2/28/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| 8547 | 3/15/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8685 | 3/31/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| 8818 | 4/15/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| 8969 | 4/29/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| 9119 | 5/13/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| 9248 | 5/31/2011 | JOHNSON, JULIE E. | 250.00 | | | | 250.00 |
| | | JOHNSON, JULIE E. Total | 2,500.00 | - | - | - | 2,500.00 |
| 7880 | 1/14/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 8125 | 1/31/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 8247 | 2/15/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 8390 | 2/28/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 8542 | 3/15/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 8680 | 3/31/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 8812 | 4/15/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 8963 | 4/29/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 9112 | 5/13/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 9241 | 5/31/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 9370 | 6/15/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 9492 | 6/30/2011 | JONS-COX, LEANN D. | | 250.00 | 66.43 | | 316.43 |
| 9634 | 7/15/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 9780 | 7/29/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 10072 | 8/15/2011 | JONS-COX, LEANN D. | | 319.24 | 65.00 | | 384.24 |
| 10209 | 8/31/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 10358 | 9/15/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 10514 | 9/30/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 10665 | 10/14/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 10782 | 10/31/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 10925 | 11/15/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 11071 | 11/30/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 11207 | 12/15/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| 11346 | 12/30/2011 | JONS-COX, LEANN D. | | 319.16 | 65.00 | | 384.16 |
| | | JONS-COX, LEANN D. Total | - | 6,830.00 | 1,577.16 | - | 8,407.16 |
| 7866 | 1/14/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 8106 | 1/31/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 8229 | 2/15/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 8371 | 2/28/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 8524 | 3/15/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 8662 | 3/31/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 8796 | 4/15/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 8945 | 4/29/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 9095 | 5/13/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| 9227 | 5/31/2011 | KAMSTRA, BRADLEY D. | | 41.66 | | | 41.66 |
| | | KAMSTRA, BRADLEY D. Total | - | 416.60 | - | - | 416.60 |
| 7875 | 1/14/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 8117 | 1/31/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 8240 | 2/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 8382 | 2/28/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 8535 | 3/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 8673 | 3/31/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 8806 | 4/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 8955 | 4/29/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 9106 | 5/13/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| ID | Date | Employee | | | | | |
|---|---|---|---|---|---|---|---|
| 9236 | 5/31/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 9365 | 6/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 9487 | 6/30/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 9629 | 7/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 9777 | 7/29/2011 | KANZE, DAVID M. | | | 208.41 | | 208.41 |
| 10069 | 8/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 10205 | 8/31/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 10353 | 9/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 10510 | 9/30/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 10660 | 10/14/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 10777 | 10/31/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 10920 | 11/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 11066 | 11/30/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 11202 | 12/15/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| 11341 | 12/30/2011 | KANZE, DAVID M. | | | 208.33 | | 208.33 |
| | | KANZE, DAVID M. Total | - | - | 5,000.00 | - | 5,000.00 |
| 7867 | 1/14/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 8107 | 1/31/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 8230 | 2/15/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 8372 | 2/28/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 8525 | 3/15/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 8663 | 3/31/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 8797 | 4/15/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 8946 | 4/29/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 9096 | 5/13/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 9228 | 5/31/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 9357 | 6/15/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 9479 | 6/30/2011 | KANZE, KYLIE A. | 222.41 | | | | 222.41 |
| 9621 | 7/15/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 9768 | 7/29/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 10061 | 8/15/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 10196 | 8/31/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 10344 | 9/15/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 10501 | 9/30/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 10651 | 10/14/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 10768 | 10/31/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 10911 | 11/15/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 11058 | 11/30/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 11194 | 12/15/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| 11333 | 12/30/2011 | KANZE, KYLIE A. | 201.01 | | | | 201.01 |
| | | KANZE, KYLIE A. Total | 5,081.04 | - | - | - | 5,081.04 |
| 7859 | 1/14/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 8097 | 1/31/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 8221 | 2/15/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 8354 | 2/28/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 8502 | 3/15/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 8648 | 3/31/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 8777 | 4/15/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 8923 | 4/29/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 9074 | 5/13/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 9216 | 5/31/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |

RVU_00000039

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9344 | 6/15/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 9470 | 6/30/2011 | KELLISON, PATRICIA A. | 25.52 | | | | 25.52 |
| 9603 | 7/15/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 9747 | 7/29/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 10040 | 8/15/2011 | KELLISON, PATRICIA A. | 6.49 | | | | 6.49 |
| 10177 | 8/31/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 10325 | 9/15/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 10480 | 9/30/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 10631 | 10/14/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 10762 | 10/31/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 10893 | 11/15/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 11040 | 11/30/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 11179 | 12/15/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| 11316 | 12/30/2011 | KELLISON, PATRICIA A. | 6.43 | | | | 6.43 |
| | | KELLISON, PATRICIA A. Total | 383.46 | - | - | - | 383.46 |
| 7844 | 1/14/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 8078 | 1/31/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 8202 | 2/15/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 8322 | 2/28/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 8470 | 3/15/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 8617 | 3/31/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 8753 | 4/15/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 8888 | 4/29/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 9040 | 5/13/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 9185 | 5/31/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 9314 | 6/15/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 9442 | 6/30/2011 | KETCHUM, ROBERT J. | 216.17 | | | | 216.17 |
| 9565 | 7/15/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 9704 | 7/29/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 9997 | 8/15/2011 | KETCHUM, ROBERT J. | 211.32 | | | | 211.32 |
| 10150 | 8/31/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 10289 | 9/15/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 10437 | 9/30/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 10598 | 10/14/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 10745 | 10/31/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 10864 | 11/15/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 11010 | 11/30/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 11153 | 12/15/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| 11289 | 12/30/2011 | KETCHUM, ROBERT J. | 211.26 | | | | 211.26 |
| | | KETCHUM, ROBERT J. Total | 5,129.22 | - | - | - | 5,129.22 |
| 7847 | 1/14/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 8082 | 1/31/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 8206 | 2/15/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 8326 | 2/28/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 8474 | 3/15/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 8622 | 3/31/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 8757 | 4/15/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 8892 | 4/29/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 9044 | 5/13/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 9189 | 5/31/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 9318 | 6/15/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |

RVU_00000040

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9446 | 6/30/2011 | KRUSE, SCHOEN | | 166.66 | | | 166.66 |
| 9569 | 7/15/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 9709 | 7/29/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 10002 | 8/15/2011 | KRUSE, SCHOEN | | 66.74 | | | 66.74 |
| 10155 | 8/31/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 10294 | 9/15/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 10442 | 9/30/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 10602 | 10/14/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 10749 | 10/31/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 10868 | 11/15/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 11014 | 11/30/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 11157 | 12/15/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| 11293 | 12/30/2011 | KRUSE, SCHOEN | | 66.66 | | | 66.66 |
| | | KRUSE, SCHOEN Total | - | 2,799.92 | - | - | 2,799.92 |
| 9971 | 8/15/2011 | LARSEN, SHAWNA M. | 246.51 | | | | 246.51 |
| 10119 | 8/31/2011 | LARSEN, SHAWNA M. | 246.51 | | | | 246.51 |
| 10256 | 9/15/2011 | LARSEN, SHAWNA M. | 246.51 | | | | 246.51 |
| 10403 | 9/30/2011 | LARSEN, SHAWNA M. | 246.51 | | | | 246.51 |
| 10562 | 10/14/2011 | LARSEN, SHAWNA M. | 246.51 | | | | 246.51 |
| 10712 | 10/31/2011 | LARSEN, SHAWNA M. | 246.51 | | | | 246.51 |
| 10831 | 11/15/2011 | LARSEN, SHAWNA M. | 246.51 | | | | 246.51 |
| 10974 | 11/30/2011 | LARSEN, SHAWNA M. | (246.51) | | | | (246.51) |
| | | LARSEN, SHAWNA M. Total | 1,479.06 | - | - | - | 1,479.06 |
| 7819 | 1/14/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 8052 | 1/31/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 8176 | 2/15/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 8297 | 2/28/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 8440 | 3/15/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 8590 | 3/31/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 8728 | 4/15/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 8862 | 4/29/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 9013 | 5/13/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 9163 | 5/31/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 9292 | 6/15/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 9421 | 6/30/2011 | LEARY, KATHLEEN C. | | 150.00 | | | 150.00 |
| 9542 | 7/15/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 9683 | 7/29/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 9976 | 8/15/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 10123 | 8/31/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 10260 | 9/15/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 10407 | 9/30/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 10566 | 10/14/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 10716 | 10/31/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 10835 | 11/15/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 10978 | 11/30/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 11123 | 12/15/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| 11259 | 12/30/2011 | LEARY, KATHLEEN C. | | 200.00 | | | 200.00 |
| | | LEARY, KATHLEEN C. Total | - | 4,200.00 | - | - | 4,200.00 |
| 7811 | 1/14/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 8044 | 1/31/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 8168 | 2/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |