Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8288 | 2/28/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 8431 | 3/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 8581 | 3/31/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 8719 | 4/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 8852 | 4/29/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 9003 | 5/13/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 9153 | 5/31/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 9282 | 6/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 9411 | 6/30/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 9532 | 7/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 9673 | 7/29/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 9966 | 8/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 10112 | 8/31/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 10249 | 9/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 10396 | 9/30/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 10555 | 10/14/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 10705 | 10/31/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 10823 | 11/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 10966 | 11/30/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 11111 | 12/15/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| 11247 | 12/30/2011 | MARTIN, MICHAEL W. | 250.00 | | | | 250.00 |
| | | MARTIN, MICHAEL W. Total | 6,000.00 | - | - | - | 6,000.00 |
| 7868 | 1/14/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 8110 | 1/31/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 8233 | 2/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 8375 | 2/28/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 8528 | 3/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 8666 | 3/31/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 8799 | 4/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 8948 | 4/29/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 9099 | 5/13/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 9229 | 5/31/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 9358 | 6/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 9480 | 6/30/2011 | MCKENNA, MONIQUE R. | 250.00 | | 208.33 | | 458.33 |
| 9622 | 7/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 416.66 | | 666.66 |
| 9771 | 7/29/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.48 | | 439.48 |
| 10063 | 8/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 10199 | 8/31/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 10347 | 9/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 10504 | 9/30/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 10654 | 10/14/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 10771 | 10/31/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 10914 | 11/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 11061 | 11/30/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 11197 | 12/15/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| 11336 | 12/30/2011 | MCKENNA, MONIQUE R. | 250.00 | | 189.39 | | 439.39 |
| | | MCKENNA, MONIQUE R. Total | 6,000.00 | - | 5,000.00 | - | 11,000.00 |
| 8203 | 2/15/2011 | MCNAIR, TERRI L. | 11.19 | | | | 11.19 |
| 8323 | 2/28/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |
| 8471 | 3/15/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |
| 8619 | 3/31/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8754 | 4/15/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |
| 8889 | 4/29/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |
| 9041 | 5/13/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |
| 9186 | 5/31/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |
| 9315 | 6/15/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |
| 9443 | 6/30/2011 | MCNAIR, TERRI L. | 11.14 | | | | 11.14 |
| | | MCNAIR, TERRI L. Total | 111.45 | - | - | - | 111.45 |
| 8196 | 2/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 8316 | 2/28/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 8463 | 3/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 8611 | 3/31/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 8748 | 4/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 8883 | 4/29/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 9035 | 5/13/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 9180 | 5/31/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 9309 | 6/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 9437 | 6/30/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 9560 | 7/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 9699 | 7/29/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 9992 | 8/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 10145 | 8/31/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 10284 | 9/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 10432 | 9/30/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 10593 | 10/14/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 10740 | 10/31/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 10859 | 11/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 11005 | 11/30/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 11148 | 12/15/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| 11284 | 12/30/2011 | MICHELS, NICOLE M. | 250.00 | | | | 250.00 |
| | | MICHELS, NICOLE M. Total | 5,500.00 | - | - | - | 5,500.00 |
| 7869 | 1/14/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 8111 | 1/31/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 8234 | 2/15/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 8376 | 2/28/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 8529 | 3/15/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 8667 | 3/31/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 8800 | 4/15/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 8949 | 4/29/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 9100 | 5/13/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 9230 | 5/31/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 9359 | 6/15/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| 9481 | 6/30/2011 | MOHR, LAURA A. | 0.48 | | | | 0.48 |
| | | MOHR, LAURA A. Total | 5.76 | - | - | - | 5.76 |
| 7812 | 1/14/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 8045 | 1/31/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 8169 | 2/15/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 8289 | 2/28/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 8432 | 3/15/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 8582 | 3/31/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 8720 | 4/15/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 8853 | 4/29/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9004 | 5/13/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 9154 | 5/31/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 9283 | 6/15/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 9412 | 6/30/2011 | MOHR, THOMAS | | 250.00 | 208.33 | | 458.33 |
| 9533 | 7/15/2011 | MOHR, THOMAS | | 83.33 | 416.66 | | 499.99 |
| 9674 | 7/29/2011 | MOHR, THOMAS | | 83.33 | 189.48 | | 272.81 |
| 9967 | 8/15/2011 | MOHR, THOMAS | | 83.37 | 189.39 | | 272.76 |
| 10113 | 8/31/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| 10250 | 9/15/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| 10397 | 9/30/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| 10556 | 10/14/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| 10706 | 10/31/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| 10824 | 11/15/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| 10967 | 11/30/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| 11112 | 12/15/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| 11248 | 12/30/2011 | MOHR, THOMAS | | 83.33 | 189.39 | | 272.72 |
| | | **MOHR, THOMAS Total** | - | 4,000.00 | 5,000.00 | - | 9,000.00 |
| 7895 | 1/14/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 8140 | 1/31/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 8262 | 2/15/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 8405 | 2/28/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 8557 | 3/15/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 8695 | 3/31/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 8828 | 4/15/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 8979 | 4/29/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 9129 | 5/13/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 9258 | 5/31/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 9387 | 6/15/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 9508 | 6/30/2011 | MONGEAU, ELIZABETH E. | 229.04 | | | | 229.04 |
| 9651 | 7/15/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 9798 | 7/29/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 10091 | 8/15/2011 | MONGEAU, ELIZABETH E. | 237.59 | | | | 237.59 |
| 10229 | 8/31/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 10377 | 9/15/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 10536 | 9/30/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 10686 | 10/14/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 10804 | 10/31/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 10947 | 11/15/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 11092 | 11/30/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 11228 | 12/15/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| 11368 | 12/30/2011 | MONGEAU, ELIZABETH E. | 237.53 | | | | 237.53 |
| | | **MONGEAU, ELIZABETH E. Total** | 5,598.90 | - | - | - | 5,598.90 |
| 7835 | 1/14/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 8069 | 1/31/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 8194 | 2/15/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 8314 | 2/28/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 8461 | 3/15/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 8609 | 3/31/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 8745 | 4/15/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 8881 | 4/29/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 9033 | 5/13/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9178 | 5/31/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 9307 | 6/15/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 9435 | 6/30/2011 | MONTEMAYOR, JENNIFER R. | 11.14 | 15.00 | | | 26.14 |
| 9558 | 7/15/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 9697 | 7/29/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 9990 | 8/15/2011 | MONTEMAYOR, JENNIFER R. | | 10.87 | | | 10.87 |
| 10143 | 8/31/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 10282 | 9/15/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 10430 | 9/30/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 10591 | 10/14/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 10738 | 10/31/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 10857 | 11/15/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 11003 | 11/30/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 11146 | 12/15/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| 11282 | 12/30/2011 | MONTEMAYOR, JENNIFER R. | | 10.83 | | | 10.83 |
| | | MONTEMAYOR, JENNIFER R. Total | 133.68 | 310.00 | - | - | 443.68 |
| 7852 | 1/14/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 8087 | 1/31/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 8211 | 2/15/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 8331 | 2/28/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 8479 | 3/15/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 8627 | 3/31/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 8761 | 4/15/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 8895 | 4/29/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 9047 | 5/13/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 9193 | 5/31/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 9322 | 6/15/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| 9450 | 6/30/2011 | NEUHALFEN, ELIZABETH J. | 14.63 | | | | 14.63 |
| | | NEUHALFEN, ELIZABETH J. Total | 175.56 | - | - | - | 175.56 |
| 7825 | 1/14/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 8058 | 1/31/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 8182 | 2/15/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 8303 | 2/28/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 8446 | 3/15/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 8596 | 3/31/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 8734 | 4/15/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 8868 | 4/29/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 9019 | 5/13/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 9169 | 5/31/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| 9298 | 6/15/2011 | OSBORNE, STEPHANIE C. | 0.28 | | | | 0.28 |
| | | OSBORNE, STEPHANIE C. Total | 3.08 | - | - | - | 3.08 |
| 7886 | 1/14/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 8131 | 1/31/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 8253 | 2/15/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 8396 | 2/28/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 8548 | 3/15/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 8686 | 3/31/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 8819 | 4/15/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 8970 | 4/29/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 9120 | 5/13/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 9249 | 5/31/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |

RVU_00000045

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9378 | 6/15/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 9499 | 6/30/2011 | PALES, DMITRIY I. | | 104.16 | 208.33 | | 312.49 |
| 9641 | 7/15/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 9787 | 7/29/2011 | PALES, DMITRIY I. | | 125.00 | 208.41 | | 333.41 |
| 10081 | 8/15/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 10218 | 8/31/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 10367 | 9/15/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 10525 | 9/30/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 10676 | 10/14/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 10793 | 10/31/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 10935 | 11/15/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 11081 | 11/30/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 11217 | 12/15/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| 11356 | 12/30/2011 | PALES, DMITRIY I. | | 125.00 | 208.33 | | 333.33 |
| | | PALES, DMITRIY I. Total | - | 2,749.92 | 5,000.00 | - | 7,749.92 |
| 7813 | 1/14/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 8046 | 1/31/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 8170 | 2/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 8290 | 2/28/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 8433 | 3/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 8583 | 3/31/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 8721 | 4/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 8854 | 4/29/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 9005 | 5/13/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 9155 | 5/31/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 9284 | 6/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 9413 | 6/30/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 9534 | 7/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 9675 | 7/29/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 9968 | 8/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 10114 | 8/31/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 10251 | 9/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 10398 | 9/30/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 10557 | 10/14/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 10707 | 10/31/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 10825 | 11/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 10968 | 11/30/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 11113 | 12/15/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| 11249 | 12/30/2011 | PUTTHOFF, STEPHEN L. | 250.00 | | | | 250.00 |
| | | PUTTHOFF, STEPHEN L. Total | 6,000.00 | - | - | - | 6,000.00 |
| 7887 | 1/14/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 8132 | 1/31/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 8254 | 2/15/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 8397 | 2/28/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 8549 | 3/15/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 8687 | 3/31/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 8820 | 4/15/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 8971 | 4/29/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 9121 | 5/13/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 9250 | 5/31/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 9379 | 6/15/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9500 | 6/30/2011 | RIKER, AMY L. | 11.14 | | | | 11.14 |
| 9642 | 7/15/2011 | RIKER, AMY L. | | 83.33 | | | 83.33 |
| 9788 | 7/29/2011 | RIKER, AMY L. | | 83.33 | | | 83.33 |
| | | RIKER, AMY L. Total | 133.68 | 166.66 | - | - | 300.34 |
| 7826 | 1/14/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 8059 | 1/31/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 8183 | 2/15/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 8304 | 2/28/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 8447 | 3/15/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 8597 | 3/31/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 8735 | 4/15/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 8869 | 4/29/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 9020 | 5/13/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 9170 | 5/31/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 9299 | 6/15/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| 9427 | 6/30/2011 | ROSENTHAL, JULIE K. | 5.02 | | | | 5.02 |
| | | ROSENTHAL, JULIE K. Total | 60.24 | - | - | - | 60.24 |
| 7816 | 1/14/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 8049 | 1/31/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 8173 | 2/15/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 8294 | 2/28/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 8437 | 3/15/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 8587 | 3/31/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 8725 | 4/15/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 8858 | 4/29/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 9009 | 5/13/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 9159 | 5/31/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 9288 | 6/15/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| 9417 | 6/30/2011 | SABAN, THOMAS D. | | 125.00 | | | 125.00 |
| | | SABAN, THOMAS D. Total | - | 1,500.00 | - | - | 1,500.00 |
| 7814 | 1/14/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 8047 | 1/31/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 8171 | 2/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 8291 | 2/28/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 8434 | 3/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 8584 | 3/31/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 8722 | 4/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 8855 | 4/29/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 9006 | 5/13/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 9156 | 5/31/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 9285 | 6/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 9414 | 6/30/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 9535 | 7/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 9676 | 7/29/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 9969 | 8/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 10115 | 8/31/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 10252 | 9/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 10399 | 9/30/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 10558 | 10/14/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 10708 | 10/31/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 10826 | 11/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| ID | Date | Employee | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Total |
|---|---|---|---|---|---|---|---|
| 10969 | 11/30/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 11114 | 12/15/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| 11250 | 12/30/2011 | SELLNER, MARSHA A. | 250.00 | | | | 250.00 |
| | | SELLNER, MARSHA A. Total | 6,000.00 | - | - | - | 6,000.00 |
| 7838 | 1/14/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 8073 | 1/31/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 8197 | 2/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 8317 | 2/28/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 8464 | 3/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 8612 | 3/31/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 8749 | 4/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 8884 | 4/29/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 9036 | 5/13/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 9181 | 5/31/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 9310 | 6/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 9438 | 6/30/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 9561 | 7/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 9700 | 7/29/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 9993 | 8/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 10146 | 8/31/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 10285 | 9/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 10433 | 9/30/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 10594 | 10/14/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 10741 | 10/31/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 10860 | 11/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 11006 | 11/30/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 11149 | 12/15/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| 11285 | 12/30/2011 | SIMS, KENNETH L. | 250.00 | | | | 250.00 |
| | | SIMS, KENNETH L. Total | 6,000.00 | - | - | - | 6,000.00 |
| 7871 | 1/14/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 8113 | 1/31/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 8236 | 2/15/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 8378 | 2/28/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 8531 | 3/15/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 8669 | 3/31/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 8802 | 4/15/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 8951 | 4/29/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 9102 | 5/13/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 9232 | 5/31/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 9361 | 6/15/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 9483 | 6/30/2011 | STASIO, JOSEPH M. | | 83.33 | | | 83.33 |
| 9625 | 7/15/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 9774 | 7/29/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 10066 | 8/15/2011 | STASIO, JOSEPH M. | | 166.74 | | | 166.74 |
| 10202 | 8/31/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 10350 | 9/15/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 10507 | 9/30/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 10657 | 10/14/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 10774 | 10/31/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 10917 | 11/15/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 11063 | 11/30/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11199 | 12/15/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| 11338 | 12/30/2011 | STASIO, JOSEPH M. | | 166.66 | | | 166.66 |
| | | STASIO, JOSEPH M. Total | - | 2,999.96 | - | - | 2,999.96 |
| 7817 | 1/14/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 8050 | 1/31/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 8174 | 2/15/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 8295 | 2/28/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 8438 | 3/15/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 8588 | 3/31/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 8726 | 4/15/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 8859 | 4/29/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 9010 | 5/13/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 9160 | 5/31/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 9289 | 6/15/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| 9418 | 6/30/2011 | THOMAS, LORNE A. | | 117.70 | | | 117.70 |
| | | THOMAS, LORNE A. Total | - | 1,412.40 | - | - | 1,412.40 |
| 10850 | 11/15/2011 | THORNTON, JUDITH J. | 2.95 | 50.00 | | | 52.95 |
| 10995 | 11/30/2011 | THORNTON, JUDITH J. | 2.95 | 50.00 | | | 52.95 |
| 11139 | 12/15/2011 | THORNTON, JUDITH J. | 2.95 | 50.00 | | | 52.95 |
| 11275 | 12/30/2011 | THORNTON, JUDITH J. | 2.95 | 50.00 | | | 52.95 |
| | | THORNTON, JUDITH J. Total | 11.80 | 200.00 | - | - | 211.80 |
| 7896 | 1/14/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 8141 | 1/31/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 8263 | 2/15/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 8406 | 2/28/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 8558 | 3/15/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 8696 | 3/31/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 8829 | 4/15/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 8980 | 4/29/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 9130 | 5/13/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 9259 | 5/31/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 9388 | 6/15/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 9509 | 6/30/2011 | TOLD, THOMAS N. | 207.77 | | | | 207.77 |
| 9652 | 7/15/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 9799 | 7/29/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 10092 | 8/15/2011 | TOLD, THOMAS N. | 195.07 | | | | 195.07 |
| 10230 | 8/31/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 10378 | 9/15/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 10537 | 9/30/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 10687 | 10/14/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 10805 | 10/31/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 10948 | 11/15/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 11093 | 11/30/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 11229 | 12/15/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| 11369 | 12/30/2011 | TOLD, THOMAS N. | 195.01 | | | | 195.01 |
| | | TOLD, THOMAS N. Total | 4,833.42 | - | - | - | 4,833.42 |
| 10752 | 1/5/2011 | VERRET, STEVEN S. | 51.04 | | | | 51.04 |
| | | VERRET, STEVEN S. Total | 51.04 | - | - | - | 51.04 |
| 7898 | 1/14/2011 | VILLANUEVA, CYNTHIA L. | 250.00 | | | | 250.00 |
| 8143 | 1/31/2011 | VILLANUEVA, CYNTHIA L. | 250.00 | | | | 250.00 |
| 8265 | 2/15/2011 | VILLANUEVA, CYNTHIA L. | 250.00 | | | | 250.00 |

RVU_00000049

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8408 | 2/28/2011 | VILLANUEVA, CYNTHIA L. | 250.00 | | | | 250.00 |
| | | VILLANUEVA, CYNTHIA L. Total | 1,000.00 | - | - | - | 1,000.00 |
| 7901 | 1/14/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 8147 | 1/31/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 8268 | 2/15/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 8411 | 2/28/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 8562 | 3/15/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 8700 | 3/31/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 8833 | 4/15/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 8984 | 4/29/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 9134 | 5/13/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 9263 | 5/31/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 9392 | 6/15/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 9513 | 6/30/2011 | WALDON, VALORIE L. | 168.54 | | | | 168.54 |
| 9656 | 7/15/2011 | WALDON, VALORIE L. | 158.21 | | | | 158.21 |
| 9803 | 7/29/2011 | WALDON, VALORIE L. | 158.21 | | | | 158.21 |
| 10096 | 8/15/2011 | WALDON, VALORIE L. | 158.27 | | | | 158.27 |
| 11080 | 9/15/2011 | WALDON, VALORIE L. | 158.21 | | | | 158.21 |
| 11113 | 9/30/2011 | WALDON, VALORIE L. | (158.21) | | | | (158.21) |
| | | WALDON, VALORIE L. Total | 2,497.17 | - | - | - | 2,497.17 |
| 7899 | 1/14/2011 | WEYAND, ROBYN R. | 11.14 | | | | 11.14 |
| 8144 | 1/31/2011 | WEYAND, ROBYN R. | 11.14 | | | | 11.14 |
| | | WEYAND, ROBYN R. Total | 22.28 | - | - | - | 22.28 |
| 9373 | 6/15/2011 | WHATLEY, ANTOINETTE M. | 224.96 | | | | 224.96 |
| 9495 | 6/30/2011 | WHATLEY, ANTOINETTE M. | 224.96 | | | | 224.96 |
| 9637 | 7/15/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 9783 | 7/29/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 10075 | 8/15/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 10212 | 8/31/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 10361 | 9/15/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 10517 | 9/30/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 10670 | 10/14/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 10787 | 10/31/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 10930 | 11/15/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 11076 | 11/30/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 11212 | 12/15/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| 11351 | 12/30/2011 | WHATLEY, ANTOINETTE M. | | 50.00 | | | 50.00 |
| | | WHATLEY, ANTOINETTE M. Tota | 449.92 | 600.00 | - | - | 1,049.92 |
| 7828 | 1/14/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 8062 | 1/31/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 8187 | 2/15/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 8308 | 2/28/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 8455 | 3/15/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 8603 | 3/31/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 8739 | 4/15/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 8875 | 4/29/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 9027 | 5/13/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 9172 | 5/31/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 9301 | 6/15/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 9429 | 6/30/2011 | WHATLEY, ERICA I. | 3.97 | 51.62 | | | 55.59 |
| 9552 | 7/15/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |

RVU_00000050

Rocky Vista University LLC
Flexible Spending Account Contributions
Detail by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9691 | 7/29/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 9984 | 8/15/2011 | WHATLEY, ERICA I. | | 16.74 | | | 16.74 |
| 10137 | 8/31/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 10276 | 9/15/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 10424 | 9/30/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 10585 | 10/14/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 10732 | 10/31/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 10851 | 11/15/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 10997 | 11/30/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 11140 | 12/15/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| 11276 | 12/30/2011 | WHATLEY, ERICA I. | | 16.66 | | | 16.66 |
| | | WHATLEY, ERICA I. Total | 47.64 | 819.44 | - | - | 867.08 |
| | | Grand Total | 137,714.03 | 35,830.73 | 26,444.59 | 544.94 | 200,534.29 |

Rocky Vista University LLC
Flexible Spending Account Contributions
Totals by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| Employee | FSA -Employer Contributions | FSA -Employee Contributions | FSA Catchup - Employee Contributions | Dependent Care - Employee Contributions | TOTALS |
|---|---|---|---|---|---|
| ADAMS, JEFF | 6,000.00 | | | | 6,000.00 |
| AMEND, GRETCHEN L. | 5.76 | | | | 5.76 |
| BENNETT, DEBRA L. | 6,000.00 | | | | 6,000.00 |
| BENTLEY, CAMILLE Z. | 3,000.00 | 1,200.00 | | | 4,200.00 |
| BITTERMAN, EMILY A. | 133.68 | | | | 133.68 |
| BOLSTAD, ELIZABETH M. | 1,500.00 | | | | 1,500.00 |
| BOWDEN, REBECCA | 60.24 | | | | 60.24 |
| BRANDAU, DUANE T. | 60.24 | 825.00 | | | 885.24 |
| BROGUS, JOSEPHINE M. | 133.68 | | | | 133.68 |
| BROWN, MICHAEL E. | 6,500.00 | | | | 6,500.00 |
| BUCK, WALTER R. | 6,000.00 | | | | 6,000.00 |
| BUCKNOR, DOMINIQUE L. | 33.42 | 62.49 | 138.93 | 624.99 | 859.83 |
| COLE, JOSNDA A. | 3,250.82 | | | | 3,250.82 |
| DAILEY, FRANK E. | 22.03 | 50.00 | | | 72.03 |
| DARROW, FRANKLIN R. | 4,912.98 | | | | 4,912.98 |
| DAVIDSON, MELISSA M. | 133.68 | | | | 133.68 |
| EICHWALD, KERRI A. | 5,000.00 | | | | 5,000.00 |
| ELLIS, BRADLEY | 5.76 | | | | 5.76 |
| FREYTAG, PETER D. | | 3,900.00 | | | 3,900.00 |
| GAUMER, TISHA K. | 175.56 | | | | 175.56 |
| GISH, ERIC E. | 6,000.00 | | | | 6,000.00 |
| GLASER, KELLI M. | 306.24 | | | | 306.24 |
| GORDON, PATRICIA M. | 2,709.66 | 638.34 | | | 3,348.00 |
| GRAHAM, LORETTA F. | 6,000.00 | | | | 6,000.00 |
| GRAY, CHRISTINE R. | 2,500.00 | | | | 2,500.00 |
| GRIEBEL, MATTHEW J. | 111.40 | | | | 111.40 |
| GRZYBICKI, DANA M. | 5.76 | | | | 5.76 |
| HAIRSTON, NADINE | 210.90 | 150.00 | | | 360.90 |
| HEATH, LEAH M. | 252.78 | | | | 252.78 |
| HEIRENDT, JANELLE M. | 383.46 | | | | 383.46 |
| HOLCK, JUSTINE M. | 23.56 | | | | 23.56 |
| HOLLY, LYNN E. | 1,000.00 | | | | 1,000.00 |
| HUNSBERGER, MARY K. | 190.92 | | | | 190.92 |
| JACOB, MAKAYLA A. | 5,000.00 | | 406.01 | 4,242.44 | 9,648.45 |
| JOHNSON, CINDY D. | 4,883.10 | | | | 4,883.10 |
| JOHNSON, JULIE E. | 2,500.00 | | | | 2,500.00 |
| JONS-COX, LEANN D. | | 6,830.00 | | 1,577.16 | 8,407.16 |
| KAMSTRA, BRADLEY D. | | 416.60 | | | 416.60 |
| KANZE, DAVID M. | | | | 5,000.00 | 5,000.00 |
| KANZE, KYLIE A. | 5,081.04 | | | | 5,081.04 |
| KELLISON, PATRICIA A. | 383.46 | | | | 383.46 |

RVU_00000052

Rocky Vista University LLC
Flexible Spending Account Contributions
Totals by Employee
Contractor: EZ Flex, Inc.
January 2011 - December 2011

| Employee | | | | | Total |
|---|---|---|---|---|---|
| KETCHUM, ROBERT J. | 5,129.22 | | | | 5,129.22 |
| KRUSE, SCHOEN | | 2,799.92 | | | 2,799.92 |
| LARSEN, SHAWNA M. | 1,479.06 | | | | 1,479.06 |
| LEARY, KATHLEEN C. | | 4,200.00 | | | 4,200.00 |
| MARTIN, MICHAEL W. | 6,000.00 | | | | 6,000.00 |
| MCKENNA, MONIQUE R. | 6,000.00 | | | 5,000.00 | 11,000.00 |
| MCNAIR, TERRI L. | 111.45 | | | | 111.45 |
| MICHELS, NICOLE M. | 5,500.00 | | | | 5,500.00 |
| MOHR, LAURA A. | 5.76 | | | | 5.76 |
| MOHR, THOMAS | | 4,000.00 | | 5,000.00 | 9,000.00 |
| MONGEAU, ELIZABETH E. | 5,598.90 | | | | 5,598.90 |
| MONTEMAYOR, JENNIFER R. | 133.68 | 310.00 | | | 443.68 |
| NEUHALFEN, ELIZABETH J. | 175.56 | | | | 175.56 |
| OSBORNE, STEPHANIE C. | 3.08 | | | | 3.08 |
| PALES, DMITRIY I. | | 2,749.92 | | 5,000.00 | 7,749.92 |
| PUTTHOFF, STEPHEN L. | 6,000.00 | | | | 6,000.00 |
| RIKER, AMY L. | 133.68 | 166.66 | | | 300.34 |
| ROSENTHAL, JULIE K. | 60.24 | | | | 60.24 |
| SABAN, THOMAS D. | | 1,500.00 | | | 1,500.00 |
| SELLNER, MARSHA A. | 6,000.00 | | | | 6,000.00 |
| SIMS, KENNETH L. | 6,000.00 | | | | 6,000.00 |
| STASIO, JOSEPH M. | | 2,999.96 | | | 2,999.96 |
| THOMAS, LORNE A. | | 1,412.40 | | | 1,412.40 |
| THORNTON, JUDITH J. | 11.80 | 200.00 | | | 211.80 |
| TOLD, THOMAS N. | 4,833.42 | | | | 4,833.42 |
| VERRET, STEVEN S. | 51.04 | | | | 51.04 |
| VILLANUEVA, CYNTHIA L. | 1,000.00 | | | | 1,000.00 |
| WALDON, VALORIE L. | 2,497.17 | | | | 2,497.17 |
| WEYAND, ROBYN R. | 22.28 | | | | 22.28 |
| WHATLEY, ANTOINETTE M. | 449.92 | 600.00 | | | 1,049.92 |
| WHATLEY, ERICA I. | 47.64 | 819.44 | | | 867.08 |
| | 137,714.03 | 35,830.73 | 544.94 | 26,444.59 | 200,534.29 |

RVU_00000053