FROM OUR REG TER

| Check. # | Date | Payee[+] | Supplier | | Check Amt. | D |
|---|---|---|---|---|---|---|
| 021540 | 11/18/10 | E Z FLEX, INC. | E Z FLEX, INC. | R | 251.30 | |
| 021710 | 12/13/10 | E Z FLEX, INC. | E Z FLEX, INC. | R | 251.30 | |
| 022117 | 02/08/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 251.30 | |
| 022340 | 03/03/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 022646 | 04/08/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 022837 | 05/10/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 023195 | 06/20/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 023352 | 07/11/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 023705 | 08/16/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 023938 | 09/08/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 024156 | 09/29/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 024413 | 10/27/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 024665 | 11/18/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 404.02 | |
| 024978 | 12/29/11 | E Z FLEX, INC. | E Z FLEX, INC. | R | 388.37 | |
| 025366 | 02/14/12 | E Z FLEX, INC. | E Z FLEX, INC. | V | 381.60 | cashed |
| 025669 | 03/15/12 | E Z FLEX, INC. | E Z FLEX, INC. | V | 462.00 | stopped |
| 026002 | 04/18/12 | E Z FLEX, INC. | E Z FLEX, INC. | V | 462.00 | cashed |
| 026300 | 05/23/12 | E Z FLEX, INC. | E Z FLEX, INC. | V | 462.00 | |
| 026462 | 06/13/12 | E Z FLEX, INC. | E Z FLEX, INC. | R | 462.00 | cashed |
| 026900 | 07/23/12 | E Z FLEX, INC. | E Z FLEX, INC. | R | 462.00 | cashed |
| 027182 | 08/21/12 | E Z FLEX, INC. | E Z FLEX, INC. | | 462.00 | stopped |
| 027523 | 09/17/12 | E Z FLEX, INC. | E Z FLEX, INC. | R | 462.00 | cashed |
| 027813 | 10/16/12 | E Z FLEX, INC. | E Z FLEX, INC. | R | 462.00 | cashed |
| 028163 | 11/20/12 | E Z FLEX, INC. | E Z FLEX, INC. | R | 418.00 | Cashed |
| 028173 | 11/20/12 | E Z FLEX, INC. | E Z FLEX, INC. | (blank) | 44.00 | |
| 028448 | 12/18/12 | E Z FLEX, INC. | E Z FLEX, INC. | | 462.00 | Stopped |
| 028679 | 01/15/13 | E Z FLEX, INC. | E Z FLEX, INC. | | 664.00 | stopped |



**1390 W. Evans Ave**
Bldg 2, Unit F
Denver, CO 80223
303-985-8880 * Fax 303-985-8455

Kim Cileno
493 East 116th Drive
Thorton, Co-80233

## Standard Interiors
## Reimbursement for EZ Flex Spending

We request immediate reimbursement of funds paid to you on behalf of the employees listed below based on their 2012 Flexible Spending Contributions.

Payments submitted to EZ Flex from Standard Interiors and cashed:

| Check # | Date Issued | Amount |
|---|---|---|
| 025366 | 2/14/12 | $381.6 |
| 026002 | 4/18/12 | $462 |
| 026300 | 5/23/12 | $462 Still Open |
| 026462 | 6/13/12 | $462 |
| 026900 | 7/23/12 | $462 |
| 027523 | 9/17/12 | $462 |
| 027813 | 10/16/12 | $462 |
| 028163 | 11/20/12 | $418 |
| 028173 | 11/20/12 | $44 Still Open |
| Total held by EZ Flex | | $3,615.6 |

*(3109.6 Rasdies 2 checks cashed)*

*3109.6 w/o those 2 checks*

Payments owed to Standard Interiors Employees from EZ Flex

| | |
|---|---|
| Nancy Hempel | $3,088.88 |
| Robert Hempel | $595.46 |
| Morgan Karlos | $1295.26 |
| Jim Didcott | $484 Not Submitted for payment |
| Total | $5,463.60 |

*PAY  1295.26  Morgan*
*        484     Jim*
*      _____*
*      1779.26*