| | |
|---|---|
| U.S. Department of Labor | Employee Benefits Security Administration<br>2300 Main Street Suite 1100<br>Kansas City, Missouri 64108-2415<br>Phone: 816-285-1800<br>Fax: 816-285-1888 |



**MEMORANDUM FOR:**     Case file, Kimberly Cileno
                        DOL-EBSA Case # 60-105798 (52)

**FROM:**                Paula Musil, Inv.

**SUBJECT:**             **Standard Interiors**
                         **Randy Hempel**
                         **(720) 219-1172**
                         **randy@standardinteriors.com**

**DATE:**                August 17, 2016

I spoke with Randy Hempel (Hempel) by telephone at approximately 11:00 a.m. on the above date. Hempel stated that the flexible spending plan offered by Standard Interiors (Company) ran on a calendar year during the period covered by the subject investigation. The $3,109.60 put forward as a loss amount by the Company is the amount that was paid to EZ Flex during the 2012 plan year: these payments were made on a monthly basis by check, and were all cashed. There were two additional checks that were never cashed and subsequently voided – these are not included in the $3,109.60. Hempel spent approximately four hours on a recent evening going back over the numbers to ensure their accuracy, and also enlisted the help of the Company CFO. To the best of his knowledge, Hempel stated that it was the practice of most, if not all, of the participants of this plan to submit all of their claims for reimbursement at one time toward the end of the plan year. His wife was a participant in the plan and she always did it this way. None of the participants received any reimbursements from EZ Flex, and the Company paid their expenses instead. Even if there were claims above the contributed amount or that weren't eligible for whatever reason, the money paid to EZ Flex should have forfeited back to the employer after the end of the year.