Exhibit 4

## Charlotte Coaton

**From:**       Charlotte Coaton
**Sent:**       Wednesday, September 05, 2012 5:14 PM
**To:**         Kimberly Cileno
**Subject:**    Follow up

Kim,

I have tried calling and emailing you with NO RESPONSE.  You have legal responsibility to our clients to handle their accounts correctly.  I am requesting you contact me tomorrow so that we can go through the list of items that are incomplete.  If I do not hear from you by noon tomorrow we will be contacting our attorney.

Charlotte Coaton
Charlotte Coaton
Benefits Director
☎ 303.756.5200 ext. 202     📠303.845.7744     ✉ charlotte.coaton@amcheck.com

*We Believe Ongoing Training Is Essential!* **Click here to schedule your training today**



AUSTIN   CHICAGO   DENVER   LAS VEGAS   LOS ANGELES   PHOENIX   PORTLAND   SAN DIEGO   SCHAUMBURG   TUCSON

CONFIDENTIALITY NOTICE: This electronic message contains information which may be legally confidential and/or privileged.  The information is intended solely for the individual or entity named above and access by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful.  If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it.

1

AMX_DEN_00000007

## Dean Heizer

| | |
|---|---|
| **From:** | Dean Heizer |
| **Sent:** | Wednesday, September 19, 2012 9:53 AM |
| **To:** | 'Kimberly Cileno (kimc@ezflexpay.com)' |
| **Cc:** | 'Jim Gosselin' |
| **Subject:** | AmCheck |
| | |
| **Importance:** | High |
| | |
| **Contacts:** | Kimberly Cileno |

Ms. Cileno – This email follows up the voice mail I left on your mobile phone and the message I left with the receptionist at your office.  Our firm represents AmCheck.  AmCheck is extremely concerned about your failure to fund various reimbursements and your failure to return repeated telephone calls.  It is imperative that you contact my office to arrange a face-to-face meeting to occur before close of business tomorrow (9/20) to discuss the current situation.  If we haven't heard from you <u>and</u> arranged for such a meeting by the close of business (5 p.m.) today, our firm will move forward with litigation seeking an accounting.  We would like to avoid that if possible.

If you have legal counsel, have your legal counsel contact our office.

In the interim, you and your firm are instructed to take any and all necessary steps to preserve any and all potentially relevant records.  Failure to preserve records and the intentional or inadvertent destruction of potentially relevant evidence may result in serious sanctions against you and your firm.

## Dean C. Heizer

Heizer | Paul | Grueskin LLP

2401 15th Street, Suite 300
Denver, CO 80202

DID: 303-376-3705

Main:  (303) 595-HRHR
Fax:    (303) 595-4750

www.hpgfirm.com

This is a confidential and potentially privileged communication.  Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability.  If you are not the named recipient or have received this message in error, please delete it.  Do not forward or otherwise disseminate it in any way.

**TAX ADVICE DISCLAIMER:** Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.

1

AMX_DEN_00000013

## Dean Heizer

| | |
|---|---|
| **From:** | Dean Heizer |
| **Sent:** | Thursday, September 20, 2012 10:06 AM |
| **To:** | 'kimc@ezflexpay.com' |
| **Cc:** | Jim Gosselin |
| **Subject:** | AmCheck Clients |

**Importance:**      High

Dear Ms. Cileno – Confirming the conversation we just completed, you have agreed to provide a written accounting to AmCheck for those clients of AmCheck that it has referred to your firm on or before Monday, September 24, 2012.  Those clients include:

Alta Vista
Altitude Edge/Peak Pace
Amazing Care
APS Denver    (AmCheck)
Circadence Corp
CO Meth Project
eTrial
Granite Loan/Renovation Ready
FVS Holdings Inc.
Hiratsuka & Schmitt
Justin O Parker DDS MS PC
McGrath Investments
Metrowest (Lakewood)
Rocky Vista University
Rocky Vista University Clinic
SDC Services

In particular, AmCheck requires a detailed, written accounting showing that client funds remain in appropriate client trust accounts, that client funds have not been utilized for any purpose other than the payment of legitimate reimbursements and/or legitimate service charges (with back up for the accounting including copies of bank statements).  In addition, AmCheck requires a written representation from EX Flex over your signature that client funds have not been misused and that refunds from fiscal year 2011 are being processed and will be provided to its clients by not later than September 30, 2012.

As we discussed, our client has instructed us to move forward with legal action seeking an accounting if this data is not provided in a timely fashion.  We certainly hope to avoid that if possible.

As we discussed, please confirm your receipt of this email by return email.


**Dean C. Heizer**

**Heizer | Paul | Grueskin LLP**

**2401 15th Street, Suite 300
Denver, CO 80202**

**DID: 303-376-3705**

1

AMX_DEN_00000014

## Charlotte Coaton

| | |
|---|---|
| **From:** | Charlotte Coaton |
| **Sent:** | Tuesday, November 06, 2012 2:21 PM |
| **To:** | 'Kimberly Cileno'; ezflex@ezflexpay.com |
| **Cc:** | Patty Gordon (pgordon@rvu.edu); Peter Freytag (pfreytag@rvu.edu); Jim Gosselin; Brad Johnston |
| **Subject:** | RE: |
| **Importance:** | High |

Kim,

We need the YTD's for RVU dependent care accounts by tomorrow morning.  At this point we are filing a formal complaint with the Adams County DA, as your lack of response is very concerning and eflexgroup is unable to process claims.  By not responding you are **choosing** to hold onto fiduciary funds.

This is a serious situation and our client is concerned that their funds are being mishandled.  We need to get RVU transitioned to eflexgroup immediately.

Charlotte

Charlotte Coaton
Benefits Director
☎303.756.5200 ext. 202    ✉303.845.7744    ˙charlotte.coaton@amcheck.com

*We Believe Ongoing Training Is Essential!* **Click here to schedule your training today**



AUSTIN   CHICAGO   DENVER   LAS VEGAS   LOS ANGELES   PHOENIX   PORTLAND   SAN DIEGO   SCHAUMBURG   TUCSON

CONFIDENTIALITY NOTICE: This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it.

**From:** Charlotte Coaton
**Sent:** Thursday, November 01, 2012 1:24 PM
**To:** 'Kimberly Cileno'
**Cc:** ezflex@ezflexpay.com; Patty Gordon (pgordon@rvu.edu)
**Subject:** RE:
**Importance:** High

Hi Kim,

1

AMX_DEN_00000004