# Charlotte Coaton

**From:** Charlotte Coaton
**Sent:** Wednesday, October 03, 2012 8:45 AM
**To:** Kim Cileno
**Subject:** RE: voice / phone

Thanks, take care!

Charlotte Coaton
Benefits Director
☏ 303.756.5200 ext. 202     📠 303.845.7744     ` charlotte.coaton@amcheck.com

*We Believe Ongoing Training Is Essential!* **Click here to schedule your training today**



AUSTIN   CHICAGO   DENVER   LAS VEGAS   LOS ANGELES   PHOENIX   PORTLAND   SAN DIEGO   SCHAUMBURG   TUCSON

CONFIDENTIALITY NOTICE: This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it.

---

**From:** Kim Cileno [mailto:k.cileno@yahoo.com]
**Sent:** Wednesday, October 03, 2012 8:27 AM
**To:** Charlotte Coaton
**Subject:** voice / phone

Charlotte,

Stacy said you called me yesterday. I was out with a cold which changed to bronchites. I am at St Joe's now getting an abuteral treatment and will be in after 11. I would call but I have no voice.

I will email you when I get to the office.

1

AMX_DEN_00000016

# Charlotte Coaton

| | |
|---|---|
| **From:** | Kimberly Cileno <kimc@ezflexpay.com> |
| **Sent:** | Wednesday, October 31, 2012 1:34 PM |
| **To:** | Charlotte Coaton |
| **Attachments:** | ALT - MID YEAR TRANSFER.xlsx; RVU - Mid-Year Transfer.xlsx |

Here are the two spreadsheets that Stacey started for you.

The password is the normal.

I am doing these from offsite as I won't be back into town until tomorrow. I have been out the last 2 weeks doing enrollment meeting out of town.

I am going back into meeting and will not available by phone or email. Stacy is out for personal reasons and will be out for an indefinite time.

If you need to get a hold of me this week I should be available via email after today as I will only be doing job benefit fairs the rest of this week.


Kimberly Cileno
Flex Administrator
EZ Flex, Inc.
Phone 303.920.0494 Fax 303.920.5199
kimc@ezflexpay.com
www.ezflexpay.com

Hours of Operation
M-Th 7:00am - 5:00pm
Fri - 7:00am - 11:00am

CONFIDENTIALITY NOTICE: This email message is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, then delete the original message and destroy all copies. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

1

**Hopkins, Bridget**

| | |
|---|---|
| **From:** | Stacy Fowler [stac0323@yahoo.com] |
| **Sent:** | Monday, June 11, 2012 1:15 PM |
| **To:** | Hopkins, Bridget |

Bridget,

I show that there was a payment of $1200.02 issued on today's checkrun. I was taken to the postoffice over lunch. The payment was made from a fax recived this morning. I thumbed through the mail that came in Friday, Saturday and today and still do not show a request received from Brian. All the claims that have been received through the mail, except for the dates listed above have been paid, and all faxes received through this morning have also been paid.

Kim

1

BEV_00000237

# Hopkins, Bridget

| | |
|---|---|
| **From:** | Stacy Fowler [stac0323@yahoo.com] |
| **Sent:** | Thursday, June 07, 2012 10:56 AM |
| **To:** | Hopkins, Bridget |
| **Subject:** | Brian Lewis |

Bridget,

I do not have anything in the system for Brian. The last payment that was issued for him was in November and all claims that have been faxed through yesterday have been put into the system and paid.

Also I have been taking calls all week and there are no voicemails, so I am not sure what he is talking about as far as voicemail. I have taken mulitple calls today from people asking questions.

Kim

1

BEV_00000238

**Hopkins, Bridget**

**From:** Stacy Fowler [stac0323@yahoo.com]
**Sent:** Wednesday, June 06, 2012 12:42 PM
**To:** Hopkins, Bridget
**Subject:** Status Update

Bridget,

Chad Ayala - I show that he was reimbursed. And there was a followup with this wife. There was also an additional amount paid for a following claim.

Jose Almanza - I show that there has been multiple claims paid out in April along with two additional claims paid out in May.

George Suazo - There was a payment issued that paid out the balance of the account in the amount of $389.
 - I also show the log were she had left 3 messages on the voicemail before she couldn't leave an additional one.

Pete Sobiesk - I do show that there was a payment issued for Pete. There was a reissue of the check per Pete's request. The original has not been returned to us as of yet. The reissued check has cleared the bank and used the full annual election.

Here is the informatin you asked about. You can reply to ezflex@ezflexpay.com as this is a personal email.

Stacy

1

## Hopkins, Bridget

**From:** Kimberly Cileno [kimc@ezflexpay.com]
**Sent:** Friday, May 11, 2012 2:40 PM
**To:** Hopkins, Bridget
**Subject:** RE: AUTO REPLY - Payout issue

I am out of the office for a medical emergency until May 10th.

If you need immediate assistance please call the office at 303-920-0494. Otherwise I will return your emails upon returning to the office.

Kim

1

BEV_00000240

Jason Guerrero

EX 3

| | |
|---|---|
| From: | Kimberly Cileno <kimc@ezflexpay.com> |
| Sent: | Thursday, April 12, 2012 2:27 PM |
| To: | santiago.grado@swecollege.org; 'melissa verlet'; jguerrero@gandgconsult.com |
| Subject: | RE: payroll--flex (dependent care) question |

Mr Santiago,

This is Stacy and I wanted to followup on the conversation that I had with you regarding this email.

I spoke with Melissa regarding her Dependent Care Account (DCA).

1) With DCA accounts an employee can only be reimbursed what has been deposited into their account.
    a) received claims in the amount of $2772
    b) Contributions received $2342.84
    c) payments sent to employee:
        1) $1512.00
        2) $116.56
        3) $714.28

To get to her $5000 by July she would need to have another $2657.16 deducted from her paychecks.

Please let me know if you have any other questions as Kim's emails are being forwarded to me until she returns to work.

-----Original Message-----
From: Santiago R. Grado [mailto:santiago.grado@swecollege.org]
Sent: Thursday, April 12, 2012 1:03 PM
To: 'melissa verlet'; jguerrero@gandgconsult.com; 'Kimberly Cileno'
Subject: RE: payroll--flex (dependent care) question

Ms. Verlet:

I am in receipt of your email and will also forward it over to Ms. Kim Cileno for response. I can tell you that I have been trying to setup a meeting with EZ-Flex for the past weeks and unfortunately have been unsuccessful.

Ms. Cileno:

Here is another teacher with concerns. Can you please respond to Ms. Verlet and could you please contact me to setup a meeting to discuss Southwest Early College's concerns.

Thank you for your time and attention.
Santiago R. Grado
Director Opertions
Southwest Early College
Cell:303-668-1532
Office:303-935-5473 x 300
Email: santiago.grado@swecollege.org

1

JG_00000004

EX_00000024