IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    15-cr-00466-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY SUE CILENO,

    Defendant.

_____

## MOTION TO RESTRICT ACCESS

Ms. Cileno, Defendant, by and through undersigned counsel, Natalie G. Stricklin, respectfully requests that Docket Nos. 31 and 43, be restricted at Level 2.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie.Stricklin@usdoj.gov
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Marty Paluch, AUSA
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Kim Cileno    (via Mail)
    Belgrade, MT   59714

    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie.Stricklin@usdoj.gov
    Attorney for Defendant