IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00466-RM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KIMBERLY S. CILENO,

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

    IT IS ORDERED that Defendant, KIMBERLY S. CILENO, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FCI Dublin, Dublin, California, on September 20, 2016, by 12:00 noon, and will travel at her own expense.

    DATED at Denver, Colorado, this  12th  day of September, 2016.

        BY THE COURT:

        *[signature]*

        RAYMOND P. MOORE
        United States District Judge