IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KIMBERLY S. CILENO,

       Defendant.

_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as forfeiture counsel for:

 United States of America          

DATED this 3rd day of November, 2016.

                          Respectfully submitted,

                          ROBERT C. TROYER
                          Acting United States Attorney

By: s/*Laura B. Hurd*          
     Laura B. Hurd
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1225 Seventeenth Street, Ste. 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail:  laura.hurd@usdoj.gov
     *Attorney for the United States*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/ *Michelle Lockman*
      FSA Records Examiner
      Office of the U.S. Attorney