IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00466-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KIMBERLY S. CILENO,

       Defendant.

_____

**ORDER CORRECTING A CLERICAL ERROR IN THE JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion to Correct a Clerical Error in the Judgment pursuant to Rule 36 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on August 29, 2016, the Court sentenced defendant Cileno and imposed a forfeiture money judgment in the amount of $230,831.14.

THAT on September 2, 2016, Judgment was entered showing defendant Cileno owed a forfeiture money judgment in the amount of $221,121.45.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT pursuant to Rule 36 of the Federal Rules of Criminal Procedure, defendant Cileno's Judgment is hereby corrected to reflect sentencing, imposing a forfeiture money judgment in the amount of $230,831.14.

SO ORDERED this _____ day of _____, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge