IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.

_____

### ORDER CORRECTING A CLERICAL ERROR IN THE JUDGMENT
_____

THIS MATTER comes before the Court on the United States' Motion to Correct a Clerical Error in the Judgment (ECF No. 50) pursuant to Rule 36 of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

THAT on August 29, 2016, the Court sentenced defendant Cileno and imposed a forfeiture money judgment in the amount of $230,831.14.

THAT on September 2, 2016, Judgment was entered showing defendant Cileno owed a forfeiture money judgment in the amount of $221,121.45.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT pursuant to Rule 36 of the Federal Rules of Criminal Procedure, defendant Cileno's Judgment is hereby corrected to reflect sentencing, imposing a forfeiture money judgment in the amount of $230,831.14.

DATED this 3rd day of November, 2016.

                                              BY THE COURT:

                                              _____

                                              RAYMOND P. MOORE
                                              United States District Judge