IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.
_____

**UNITED STATES' MOTION TO AMEND THE GENERAL PRELIMINARY ORDER OF FORFEITURE IN ACCORDANCE WITH SENTENCING**
_____

COMES NOW the United States of America ("United States"), by and through Assistant United States Attorney Laura B. Hurd, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, and herein moves this Court to Amend the General Preliminary Order of Forfeiture against defendant Kimberly S. Cileno.  In support, the United States sets forth the following:

**I.**      **Statement of Facts**

1. On December 1, 2015 the Grand Jury charged defendant Kimberly S. Cileno by Indictment with Health Care Fraud in violation of 18 U.S.C. § 1347 and Theft and Embezzlement in violation of 18 U.S.C. § 669.  (Doc. 1).

2. The Indictment also contained a forfeiture allegation providing the defendant with notice that the United States, pursuant to the provisions of 18 U.S.C. §

1

982(a)(7), would seek forfeiture of a money judgment in the amount of gross proceeds obtained by the scheme and by the defendant.  (Doc. 1, p. 7-8).

3. On June 7, 2016, the United States and defendant Kimberly S. Cileno entered into a Plea Agreement.  In the Plea Agreement, the defendant agreed, *inter alia*, to plead guilty to Count Three of the Indictment, a violation of 18 U.S.C. § 1347, and further admitted the forfeiture allegation, pursuant to 18 U.S.C. § 982(a)(7).  (Doc. 25. p. 1).

4. On August 17, 2016, the Court entered a General Preliminary Order of Forfeiture for a Personal Money Judgment in the amount of the gross proceeds obtained by the scheme and by the defendant.  Pursuant to Federal Rule of Criminal Procedure 32.2(e)(1), the General Preliminary Order of Forfeiture also set forth that it would be amended when the amount of the forfeiture money judgment was determined.  (Doc. 33).

5. On August 29, 2016, the Court sentenced defendant Cileno and imposed forfeiture in the amount of $230,831.14, reflecting the gross proceeds obtained by the defendant.  *See* Courtroom Minutes for Sentencing (Doc. 46).

6. On November 4, 2016, an Amended Judgment was entered reflecting that defendant Cileno owed a forfeiture money judgment in the amount of $230,831.14.  (Doc. 52).

**II.    Legal Argument**

7. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C), if the amount of a forfeiture money judgment is not determined before sentencing, the Court may enter a General Forfeiture Order.

8.       After the Court determines the amount of the forfeiture money judgment, the Court may amend the General Preliminary Order of Forfeiture to reflect the amount of forfeiture set by the Court.  Fed. R. Crim. P.  32.2(b)(2)(C)(i)-(iii), (e)(1).

9.       Based on the entry of a General Preliminary Order of Forfeiture and the Court's determination of the forfeiture money judgment amount at sentencing, the General Preliminary Order of Forfeiture for a Personal Money Judgment should be amended to reflect the Court's finding of forfeiture in the amount of $230,831.14.

WHEREFORE, the United States moves this Court to amend the General Preliminary Order of Forfeiture to reflect a forfeiture money judgment in the amount of $230,831.14 against defendant Cileno tendered herewith, for the reasons set forth above.

DATED this 8th day of November, 2016.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney


By:   s/ *Laura B. Hurd*
      Laura B. Hurd
      Assistant United States Attorney
      1225 Seventeenth Street, Ste. 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0402
      E-mail: laura.hurd@usdoj.gov
      *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/*Michelle Lockman*
FSA Records Examiner
United States Attorney's Office

4