IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY S. CILENO,

        Defendant.

_____

**AMENDED PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion to Amend the General Preliminary Order of Forfeiture, pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

The Court having read said Motion and being fully advised in the premises finds:

1. On December 1, 2015, the United States charged defendant Kimberly S. Cileno with Health Care Fraud in violation of 18 U.S.C. § 1347 and Theft and Embezzlement in violation of 18 U.S.C. § 669.

2. The Indictment also sought forfeiture in the form of a personal money judgment against defendant Kimberly S. Cileno, pursuant to 18 U.S.C. § 982(a)(7), in the amount of gross proceeds obtained by the scheme and by the defendant.

3. On June 7, 2016, the United States and defendant Kimberly S. Cileno entered into a Plea Agreement, which provided a factual basis and cause to issue a

1

personal money judgment under 18 U.S.C. § 982(a)(7), and Rule 32.2(b) of the Federal Rules of Criminal Procedure

4.     On August 17, 2016, a General Preliminary Order of Forfeiture for a Personal Money Judgment in the amount of the gross proceeds obtained by the scheme and by the defendant was entered in accordance with Fed. R. Crim. P. 32.2(b)(2)(C).

5.     On August 29, 2016, defendant Cileno was sentenced and forfeiture in the amount of $230,831.14 was imposed.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the General Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Kimberly S. Cileno shall be amended to reflect a forfeiture money judgment imposed at sentencing in the amount of $230,831.14, in accordance with 18 U.S.C. § 982(a)(7) and Fed. R. Crim. P. 32.2(b)(2)(C) and (e)(1).

SO ORDERED this _____ day of _____, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge