PS 40 (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: Office of Legal Affairs
U.S. Department of State
CA/PPT/S/L/LA
U.S. Department of State, SA-17A
1150 Passport Service Plaza
Dulles, VA 20189-1150

FROM: United States District Court
901 - 19th Street, Room A105
Denver, CO 80294-3589

[X] **Original Notice**
Date: 12/23/2015
By: D. Berardi

[X] **Notice of Disposition**
Date: 3.30.2018
By: L. Roberson

Defendant: Kimberly Sue Cileno
Date of Birth: 3/14/1969
SSN: _____

Case Number: 15-CR-466-RM
Place of Birth: Colorado

Notice of Court Order (Order Date: 12/10/2015 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered passport number 532892768 and/or passport card number _____ to the custody of the U.S. District Court on 12/23/2015.

### NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[x] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court