IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY S. CILENO,

    Defendant.

ENTRY OF APPEARANCE

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  The United States of America.

    DATED at Denver, Colorado this 4th day of November, 2022.

    COLE FINEGAN
    United States Attorney

    s/William B. Gillespie
    ***William B. Gillespie***
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    E-mail:  William.Gillespie@usdoj.gov
    Counsel for United States

## CERTIFICATE OF MAILING

I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to CM/ECF participants.

In addition, I hereby certify that I have mailed or faxed the document to the following non-CM/ECF participants:

Address of Defendant:

Kimberly Cileno
Address on File
Northglenn, CO 80233

s/ *Jason Haddock*
FSA Paralegal
U.S. Attorney's Office