**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  15-cr-00466-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KIMBERLY S. CILENO,

      Defendant, and

GATES AND SONS, INC.,

      Garnishee.

---

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

---

Plaintiff, United States of America, applies in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against Defendant Kimberly S. Cileno, a/k/a Kimberly Sue Kelley, SSN ***-**-8735, whose last known address is in Northglenn, CO,[1] in the above cited action in the amount of $230,931.14 ($100.00 Special Assessment and $230,831.14 Restitution).  A balance of $216,442.24 remains outstanding.

---

[1] Pursuant to Fed. R. Crim. P. 49.1, Defendant's social security number has been redacted to the last four digits and Defendant's home address has been redacted to the city and state to prevent public disclosure.  Upon request of the Court, the full social security number and address will be provided in camera.

Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this Application and Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

Gates and Sons, Inc.
Attn: Payroll Department
P.O. Box 9509
Denver, CO 80209

Dated this 4th day of November 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:     s/William B. Gillespie
        **William B. Gillespie**
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        E-mail:  William.Gillespie@usdoj.gov
        Attorneys for Plaintiff,
        United States of America