AO 245B (Rev. 11/14 D/CO) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of     COLORADO

UNITED STATES OF AMERICA
V.
KIMBERLY S. CILENO

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
*(Changes Identified with Asterisks (\*))*

Case Number:    15-cr-00466-RM-01

USM Number:    14900-046

Natalie Girard Stricklin, AFPD
Defendant's Attorney

**Date of Original Judgment:** September 1, 2016

**Reason for Amendment:** Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36).

## THE DEFENDANT:
☒ pleaded guilty to Count    3 of the Indictment
☐ pleaded nolo contendere to Count(s) _____ which was accepted by the Court.
☐ was found guilty on Count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1347 | Health Care Fraud | 06/03/11 | 3 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s) _____
☒ Counts    remaining of the Indictment    ☐ is    ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 29, 2016
Date of Imposition of Judgment

*/s/ Raymond P. Moore*
Signature of Judge

Raymond P. Moore, U.S. District Judge
Name and Title of Judge

11/4/2016
Date

AO 245B (Rev. 11/14 D/CO) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 8

DEFENDANT: KIMBERLY S. CILENO
CASE NUMBER: 15-cr-00466-RM-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: twenty-four (24) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☒ before 12 p.m.   within 15 days of designation.   .
  ☐ as notified by the United States Marshal.
  ☒ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 11/14 D/CO) Judgment in a Criminal Case
               Sheet 3 — Supervised Release

Judgment—Page __3__ of __8__

DEFENDANT:       KIMBERLY S. CILENO
CASE NUMBER:    15-cr-00466-RM-01

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:    three (3) years.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
14) the defendant shall provide access to any requested financial information.

AO 245B     (Rev. 11/14 D/CO) Judgment in a Criminal Case
             Sheet 3C — Supervised Release

Judgment—Page **4** of **8**

DEFENDANT:     KIMBERLY S. CILENO
CASE NUMBER:     15-cr-00466-RM-01

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2. As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

3. The defendant shall document all income and compensation generated or received from any source, and shall provide such information to the probation officer as requested.

4. The defendant shall maintain separate personal and business finances, and shall not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.

5. The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.

6. Pursuant to 18 U.S.C. § 3563(b)(2), it is ordered that the defendant make restitution to the victims as listed in this judgment in the amount specific to that victim.

AO 245B   (Rev. 11/14 D/CO) Judgment in a Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 8

DEFENDANT: KIMBERLY S. CILENO
CASE NUMBER: 15-cr-00466-RM-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 230,831.14 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Alta Vista Center for Autism<br>2695 South Jersey Street<br>Denver, CO 80222 | $428.61 | $428.61 | |
| Altitude Edge/Capstone/Peak Pace<br>6640 Gunpark Drive, Suite 200<br>Boulder, CO 80301 | $1,542.73 | $1,542.73 | |
| Amazing Care Home Health<br>2821 S. Parker Rd, Suite 615<br>Denver, CO 80014 | $4,350.74 | $4,350.74 | |
| APS Denver (AmCheck-Denver)<br>3401 Quebec St., Suite 8000<br>Denver, CO 80207 | $2,345.74 | $2,345.74 | |
| Beverage Distributors Co.<br>14200 East Moncrieff Place<br>Aurora, CO 80011 | $6,771.51 | $6,771.51 | |
| Circadence Corporation<br>1011 Walnut Street, Suite 4000<br>Boulder, CO 80302 | $5,450.00 | $5,450.00 | |
| City of Delta, Colorado<br>360 Main Street<br>Delta, CO 81416 | $2,923.51 | $2,923.51 | |
| Colorado District Attorney's Council<br>1580 Logan Street, Suite 420<br>Denver, CO 80203 | $140.00 | $140.00 | |
| Community Options, Inc.<br>P.O. Box 31<br>336 S. 10th Street<br>Montrose, CO 81402-0031 | $9,270.69 | $9,270.69 | |
| **TOTALS** | $ 230,831.14 | $ 230,831.14 | |

AO 245B   (Rev. 11/14 D/CO) Judgment in a Criminal Case
Sheet 5B — Criminal Monetary Penalties

Judgment — Page 6 of 8

DEFENDANT:         KIMBERLY S. CILENO
CASE NUMBER:    15-cr-00466-RM-01

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| E-Trial Communications<br>9060 E. 29th Avenue<br>Denver, CO 80238 | $2,389.74 | $2,389.74 | |
| Grand County, Colorado<br>P.O. Box 264<br>Hot Sulphur Springs, CO 80451 | $40,984.38 | $40,984.38 | |
| Granite Loan and Renovation Ready<br>10770 East Briarwood Avenue, Suite 280<br>Centennial, CO 80112 | $6,833.11 | $6,833.11 | |
| Hiratsuka and Associates<br>4251 Kipling Street, Suite 410<br>Wheat Ridge, CO 80033 | $4,102.36 | $4,102.36 | |
| Lakewood Housing<br>575 Union Blvd., Suite 100<br>Lakewood, CO 80228 | $1,281.26 | $1,281.26 | |
| National High School Rodeo Association (NHSRA)<br>12011 North Tejon Street, W #900<br>Denver, CO 80234 | $75.00 | $75.00 | |
| Omnex Group<br>580 Sylvan Avenue, LL-A<br>Englewood Cliffs, NJ 07632 | $5,731.99 | $5,731.99 | |
| Ann Milican | $7,200.00 | $7,200.00 | |
| Rocky Mountain Immigrant Advocacy Network (RMIAN)<br>3489 W. 72nd Avenue, #211<br>Westminster, CO 80030 | $3,071.67 | $3,071.67 | |
| Rocky Vista University<br>8401 S. Chambers Road<br>Parker, CO 80134 | $79,709.69 | $79,709.69 | |
| San Miguel County, Colorado<br>P.O. Box 1170<br>335 W. Colorado Avenue<br>Telluride, CO 81435 | $29,755.87 | $29,755.87 | |
| Sashco, Inc.<br>10300 E. 107th Place<br>Brighton, CO 80601 | $1,820.41 | $1,820.41 | |

Case No. 1:15-cr-00466-RM   Document 59-3   filed 11/04/22   USDC Colorado   pg 7 of 8
Case 1:15-cr-00466-RM   Document 52   Filed 11/04/16   USDC Colorado   Page 7 of 8

AO 245B   (Rev. 11/14 D/CO) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __7__ of __8__

DEFENDANT:         KIMBERLY S. CILENO
CASE NUMBER:   15-cr-00466-RM-01

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| SDC Services<br>7350 East 29th Ave., Suite 200<br>Denver, CO 80238 | $748.67 | $748.67 | |
| Sink Combs Dethlefs<br>475 Lincoln St., Suite 100<br>Denver, CO 80203 | $10,793.86 | $10,793.86 | |
| Standard Interiors<br>1390 W. Evans Ave., Suite 2F<br>Denver, CO 80223 | $3,109.60 | $3,109.60 | |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒   the interest requirement is waived for the   ☐  fine   ☒  restitution.

☐   the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 11/14 D/CO) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page  8  of  8

DEFENDANT:  KIMBERLY S. CILENO
CASE NUMBER:  15-cr-00466-RM-01

# SCHEDULE OF PAYMENTS *

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due
   ☐ not later than _____ , or
   ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

The special assessment and restitution obligation are due immediately. Any unpaid monetary obligations upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated in at least 10 percent of the defendant's gross monthly income.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following Court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

230,831.14 *

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and Court costs.