IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     15-cr-00466-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY S. CILENO,

    Defendant, and

GATES AND SONS, INC.,

    Garnishee.

---

MOTION FOR ENTRY OF GARNISHEE ORDER

---

    Plaintiff United States of America respectfully moves for entry of a Garnishee Order directed to Gates And Sons, Inc., Garnishee. As grounds therefore, the United States advises as follows:

    1.    Upon application of the United States, the Clerk of the Court issued a Writ of Continuing Garnishment, directed to Garnishee, on November 7, 2022 (ECF No. 60).

    2.    As set forth in the attached Declaration of Sarah Leffler, the Writ of Continuing Garnishment and the Application for Writ of Continuing Garnishment were sent to the Garnishee by email, and the Garnishee received the documents on November 8, 2022. (Sarah Leffler Declaration, Ex. 1, ¶ 2); (Email Return Receipt, Ex. 2).

    3.    The Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, and Clerk's Notice of Post-Judgment Garnishment, were mailed to the Defendant

by first class mail on November 10, 2022, at the last known address. (Ex. 1, ¶ 3). These documents notified Defendant of the right to request, within twenty days, a hearing to determine exempt property. (*Id.*).

4. The Garnishee filed an answer on November 16, 2022, stating that it had in its possession or under its control personal property belonging to and due Defendant, and that it was indebted to Defendant in the form of wages. (ECF No. 61).

5. Defendant has not filed a request for a hearing. (Ex. 1, ¶ 4).

WHEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), the United States respectfully requests that the Court enter a Garnishee Order directing the Garnishee to pay 25% of Defendant's disposable wages to the United States each pay period, continuing until the judgment debt is paid in full or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/ William B. Gillespie
**William B. Gillespie**
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: William.Gillespie@usdoj.gov
Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to CM/ECF participants.

In addition, I hereby certify that I have mailed the document to the following non CM/ECF participants:

Garnishee address:

Gates And Sons, Inc.
P.O. Box 9509
Denver, CO  80209


Defendant address:

Kimberly S. Cileno
Address on File
Northglenn, CO

s/Patricia McGee-Wake
United States Attorney's Office