**Leffler, Sarah (USACO)**

**From:** postmaster@usdoj.gov
**Sent:** Tuesday, November 8, 2022 12:59 PM
**To:** Leffler, Sarah (USACO)
**Subject:** SecureMail Message Notice

tannis@gatesconcreteforms.com read this message "Kimberly Cileno" at 2022-11-08 19:58:36 UTC.