**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00466-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY S. CILENO,

    Defendant, and

GATES AND SONS, INC.,

    Garnishee.

---

**GARNISHEE ORDER**

---

On motion of the United States (ECF No. 62), and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Gates And Sons, Inc. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

        Clerk, U.S. District Court
        901 19th Street, Suite A-105
        Denver, CO 80294

Please include the following information on each check:

        Name of Defendant: <u>Kimberly S. Cileno</u>

        Court Number: <u>15-CR-00466</u>

DATED this 14th day of December, 2022.

        BY THE COURT:

        *[signature]*

        RAYMOND P. MOORE
        United States District Judge